UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 OCT 23  P 12: 49

US DISTRICT COURT
HARTFORD CT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
EUNICE SMITH                          \*
       Plaintiff             \* CIVIL NO. 3:03CV00386 (AWT)
                             \*
VS.                                   \*
                             \*
DEPARTMENT OF CORRECTION,             \*
STATE OF CONNECTICUT        \*
       Defendant             \* OCTOBER 22, 2003
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S MOTION FOR ENLARGEMENT

Pursuant to *L. Civ R. 9* (b), the plaintiff, Eunice Smith hereby respectfully requests an enlargement of time of thirty (30) days in which to respond and/or object to the defendant's interrogatories dated October 14, 2003. The instant motion is submitted on the following grounds:

1. This is the first request by the plaintiff for an extension of time with respect to the approved pretrial deadlines and/or discovery.

2. The undersigned is currently on trial for the next week in the matter of *John Sobczak v. Meriden Board of Education,* Docket No. CV-98-0419547.

3. Thereafter, commencing on the 4th of November, the undersigned is scheduled to commence trial in the matter of *Higgins v. Hammond,* Civil No. 3:02CV1863 (RNC).

4. Plaintiff's undersigned counselor's office has telephonically communicated with defendant's counselor, on the above-referenced date and

2

defendant's counselor has no objection to this request.

WHEREFORE, the plaintiff respectfully requests a thirty (30) day enlargement of time, up to and including December 13, 2003 to respond and/or object to defendant's First Set of Interrogatories and Requests for Production dated October 14, 2003.

PLAINTIFF, EUNICE SMITH

BY: _____
Law Office of
W. Martyn Philpot, Jr., LLC
409 Orange Street
New Haven, CT 06511
Tel. No. (203) 624-4666
Federal No. ct05747
Her Attorneys

## **CERTIFICATION**

*THIS IS TO CERTIFY* that a copy of the foregoing Motion for Enlargement of Time was mailed, postage prepaid, to: Jane B. Emons, Assistant Attorney General, Attorney General's Office, 55 Elm Street, P.O. Box 120, Hartford, CT 06141-0120.

_____
W. Martyn Philpot, Jr.

\employ\esmith.ext