UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
************************************
EUNICE SMITH                        *
        Plaintiff                   *  CIVIL NO. 3:03CV00386 (AWT)
                                    *
VS.                                 *
                                    *
DEPARTMENT OF CORRECTION,           *
STATE OF CONNECTICUT                *
        Defendant                   *  OCTOBER 22, 2003
************************************
```

### PLAINTIFF'S MOTION FOR ENLARGEMENT

Pursuant to *L. Civ R. 9* (b), the plaintiff, Eunice Smith hereby respectfully requests an enlargement of time of thirty (30) days in which to respond and/or object to the defendant's interrogatories dated October 14, 2003. The instant motion is submitted on the following grounds:

1. This is the first request by the plaintiff for an extension of time with respect to the approved pretrial deadlines and/or discovery.

2. The undersigned is currently on trial for the next week in the matter of *John Sobczak v. Meriden Board of Education,* Docket No. CV-98-0419547.

3. Thereafter, commencing on the 4th of November, the undersigned is scheduled to commence trial in the matter of *Higgins v. Hammond,* Civil No. 3:02CV1863 (RNC).

4. Plaintiff's undersigned counselor's office has telephonically communicated with defendant's counselor, on the above-referenced date and

*Extension GRANTED, to and including December 1, 2003. It is so ordered.*

*Alvin W. Thompson, U.S.D.J.*
*Hartford, CT  10/31/03*