UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUNICE SMITH | : |
| | : |
| v. | : CASE NO. 3:03CV386 (AWT) |
| | : |
| STATE OF CONNECTICUT DEPARTMENT OF CORRECTION | : |

## JUDGMENT

This action came on for consideration of the defendant's motion to dismiss before the Honorable Alvin W. Thompson, United States District Judge.

The court considered the full record of the case including applicable principles of law, and filed a ruling on the motion to dismiss. The court granted the motion to dismiss with respect to plaintiff's claims against the defendant pursuant to 42 U.S.C. §1981, and for intentional and negligent infliction of emotional distress. The court granted the plaintiff leave to file within 30 days an amended complaint setting forth claims against former Commissioner Armstrong and Warden Acosta in their individual capacities.

Therefore, it is ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant Department of Correction.

Dated at Hartford, Connecticut, this 1st day of December, 2003.

KEVIN F. ROWE, Clerk

By *Sandra Smith*
Sandra Smith
Deputy Clerk

EOD 12/2/03