UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Eunice Smith

v.

State of Connecticut, et al.                              APPEARANCE

FILED
2003 DEC 22  P 2: 37
U.S. DISTRICT COURT
HARTFORD, CT.

CASE NUMBER: 303CV00386(AWT)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
the plaintiff, Eunice Smith

December 22, 2003
Date

                                        _____
                                        Signature

CT 21369

                                        Marc L. Glenn
                                        Print Name

                                        Law Office of W. Martyn Philpot, Jr., LLC
                                        Firm Name

                                        409 Orange Street
                                        Address

                                        New Haven,        CT        06511
                                        City              State     Zip Code

                                        (203) 624-4666
                                        Phone Number

I hereby certify that a copy of the foregoing has been mailed/handed to counsel of record as listed below, this date:

Jane B. Emmons, AAG
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

                                        _____
                                        Marc L. Glenn