UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*********************************

| | |
|---|---|
| EUNICE SMITH, | * |
| Plaintiff | * |
| | * CIVIL NO. 3:03CV00386(AWT) |
| VS. | * |
| | * |
| STATE OF CONNECTICUT/ | * |
| DEPARTMENT OF CORRECTIONS; | * |
| COMMISSIONER JOHN ARMSTRONG | * |
| IN HIS INDIVIDUAL CAPACITY; | * |
| WARDEN REMI | * |
| ACOSTA, IN HIS INDIVIDUAL | * |
| CAPACITY | * |
| Defendants | * DECEMBER 22, 2003 |

*************************************

## MOTION TO AMEND COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a) and court order dated November 25, 2003(Alvin W. Thompson, Jr., USDJ), the plaintiff, Eunice Smith seeks leave to amend the March 5, 2003 complaint. Leave is sought for purposes of adding former Department of Corrections Commissioner John J. Armstrong and Warden Remi Acosta as parties in their individual capacities related to plaintiff's 42 U.S.C. Section 1981 and common law emotional distress claims. A copy of the Amended Complaint is attached hereto.

GRANTED. See Doc. #17. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT  12/23/2003