## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2003 DEC 31

DISTRICT COURT
HARTFORD, CT.

```
*******************************
EUNICE SMITH,                * CIVIL NO.  3:03-V-00386  (AWT)
                Plaintiff    *
                             *
VS.                          *
                             *
                             *
DEPARTMENT OF CORRECTION,    *
ET AL                        *
                Defendant    * DECEMBER 30, 2003
*******************************
```

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the *Local Rules of Civil Procedure*, the undersigned counsellor, W. Martyn Philpot, Jr., hereby respectfully requests leave of court to withdraw his appearance in the above-referenced matter. The plaintiff has indicated a desire to retain new counsel. Copies of the correspondence to plaintiff's proposed new counsel are attached as Exhibits A & B. No reply has been received from Attorney Miniter or his office to this date. Notice has been sent to the plaintiff, via certified mail, of the instant Motion to Withdraw. Plaintiff is hereby notified that the failure to engage successor counsel or file a pro se appearance will result in the granting of the instant Motion to Withdraw and may result in a dismissal or default being entered against her.

***ORAL ARGUMENT IS NOT REQUESTED***

2

    *WHEREFORE*, the undersigned respectfully requests that he be allowed to

withdraw his appearance from the instant matter.

                              BY: _____
                                     W. Martyn Philpot, Jr.
                                     Law Office of
                                     W. Martyn Philpot, Jr., L.L.C.
                                     409 Orange Street
                                     New Haven, CT 06511
                                     Tel. No. (203) 624-4666
                                     Federal Bar No. ct05747


                         **CERTIFICATION**

    THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage
prepaid, this date, to:  Jane B. Emmons, AAG, Office of the Attorney General, 55 Elm
Street, P.O. Box 120, Hartford, CT 06141-0120, and certified mail to Eunice
Smith, P.O. Box 4415, Hartford, CT  06147.

                              _____
                                   W. Martyn Philpot, Jr.

LAW OFFICE OF

# W. MARTYN PHILPOT, JR., L. L. C.

409 ORANGE STREET, NEW HAVEN, CONNECTICUT 06511-6406

W. MARTYN PHILPOT, JR.
MARC L. GLENN

Of Counsel:
PALMER Y. EPLER, III

TEL (203) 624-4666
FAX (203) 624-5050
EMAIL: philpot.law@snet.net

September 29, 2003

Francis A. Miniter, Esq.
Miniter and Associates
147 Charter Oak Avenue
Hartford, CT 06106

Re:    **Eunice Smith v. Department of Correction**

Dear Attorney Miniter:

It is my understanding that Eunice Smith has contacted you concerning the taking over of all future legal representation of her interests in the above-referenced matter. In accordance with Revised Formal Opinion No. 31 of the Connecticut Bar Association Committee on Professional Ethics, your office is obligated to hold in escrow all attorney's fees generated in this matter until such time as an agreement can be made concerning any fee dispute. Upon your receipt of this letter, kindly forward back to this office your agreement to the above. Once this has been received, the file will be copied and forwarded to your office promptly.

Thank you for your professional courtesy in this matter.

Sincerely, I remain

W. Martyn Philpot, Jr.

WMP:sbk

EXHIBIT
A



LAW OFFICE OF
# W. MARTYN PHILPOT, JR., L. L. C.
409 ORANGE STREET, NEW HAVEN, CONNECTICUT 06511-6406

W. MARTYN PHILPOT, JR.
MARC L. GLENN

Of Counsel:
PALMER Y. EPLER, III

TEL (203) 624-4666
FAX (203) 624-5050
EMAIL: philpot.law@snet.net

October 21, 2003

Francis A. Miniter, Esq.
Miniter and Associates
147 Charter Oak Avenue
Hartford, CT 06106

Re:    **Eunice Smith v. Department of Correction**

Dear Attorney Miniter:

I am writing as a follow-up to my September 29, 2003 letter to you concerning your taking over of the above-referenced file.  Please advise as to your position with respect to this matter.  Upon your forwarding a letter indicating you will hold all attorney's fees generated in connection with this matter in escrow until we have agreed upon a reasonable fee distribution, I will forward the file.

I look forward to hearing from you.

Sincerely, I remain

W. Martyn Philpot, Jr.

WMP:sbk

EXHIBIT
B