UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

*******************************
2003 DEC 31  A

EUNICE SMITH,                    * CIVIL NO. 3:03-V-00386 (AWT)
                 Plaintiff      *                 DISTRICT COURT
                                *                 HARTFORD, CT.
VS.                             *
                                *
                                *
DEPARTMENT OF CORRECTION,       *
ET AL                           *
                 Defendant      * DECEMBER 30, 2003
*******************************

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the *Local Rules of Civil Procedure*, the undersigned

counsellor, Marc L. Glenn, hereby respectfully requests leave of court to withdraw his

appearance in the above-referenced matter. The plaintiff has indicated a desire to retain

new counsel. Copies of the correspondence to plaintiff's proposed new counsel are

attached as Exhibits A & B. No reply has been received from Attorney Miniter or his

office to this date. Notice has been sent to the plaintiff, via certified mail, of the instant

Motion to Withdraw. Notice has been sent to the plaintiff, via certified mail, of the

instant Motion to Withdraw. Plaintiff is hereby notified that the failure to engage

successor counsel or file a pro se appearance will result in the granting of the instant

Motion to Withdraw and may result in a dismissal or default being entered against her.

*WHEREFORE*, the undersigned respectfully requests that he be allowed to

withdraw his appearance from the instant matter.

**GRANTED. It is so ordered.**

*ORAL ARGUMENT IS NOT REQUESTED*

Alvin W. Thompson, U.S.D.J.
Hartford, CT    1 8 04