UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*******************************
EUNICE SMITH,                    * CIVIL NO. 3:03-V-00386 (AWT)
    *Plaintiff*      *
                                 *
VS.                              *
                                 *
                                 *
DEPARTMENT OF CORRECTION,        *
ET AL                            *
    *Defendant*      * DECEMBER 30, 2003
*******************************

FILED 2003 DEC 31 — DISTRICT COURT HARTFORD, CT

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the *Local Rules of Civil Procedure*, the undersigned counsellor, W. Martyn Philpot, Jr., hereby respectfully requests leave of court to withdraw his appearance in the above-referenced matter. The plaintiff has indicated a desire to retain new counsel. Copies of the correspondence to plaintiff's proposed new counsel are attached as Exhibits A & B. No reply has been received from Attorney Miniter or his office to this date. Notice has been sent to the plaintiff, via certified mail, of the instant Motion to Withdraw. Plaintiff is hereby notified that the failure to engage successor counsel or file a pro se appearance will result in the granting of the instant Motion to Withdraw and may result in a dismissal or default being entered against her.

*ORAL ARGUMENT IS NOT REQUESTED*

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    1/8/04