UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUNICE SMITH,<br>*Plaintiff* | : CIVIL ACTION NO. 3:03CV00386(AWT) |
| v. | : |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF CORRECTION,<br>*Defendant* | :<br>:<br>: JANUARY 13, 2004 |

### DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, the defendant hereby moves the court to dismiss this action for the following reasons:

1. The plaintiff's Title VII action against individual defendants does not state a viable legal claim;

2. The plaintiff's § 1981 claims against the State of Connecticut, Department of Correction are barred by the Eleventh Amendment to the United States Constitution; and

3. The plaintiff's claims against individual defendants for negligent infliction of emotional distress are barred by the doctrine of sovereign immunity.

The Court should be aware that this is the Second Motion to Dismiss filed to address the § 1981 and negligent infliction of emotional distress claims. The defendants refer the Court to its earlier ruling in this case.

The defendant has filed a memorandum of law in support of its Motion to Dismiss Amended Complaint.

DEFENDANT,
STATE OF CONNECTICUT,
DEPARTMENT OF CORRECTION

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Jane B. Emons
Assistant Attorney General
Federal Bar No. 16515
55 Elm Street - P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Email: jane.emons@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Defendant's Motion to Dismiss Amended Complaint, was mailed this 13th day of January, 2004, first class postage prepaid to:

W. Martyn Philpot, Jr., Esq.
Marc L. Glenn. Esq.
W. Martyn Philpot, Jr., LLC
409 Orange Street
New Haven, CT 06511-6406

Eunice Smith
P. O. Box 975
Hartford, CT 06143

_____
Jane B. Emons
Assistant Attorney General