# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Eunice Smith

**APPEARANCE**

FILED
2004 MAR 17 P 12: 08
U.S. DISTRICT COURT
HARTFORD, CT.

v.

CASE NUMBER: 3:03CV00386(AWT)

Department of Correction
State of Connecticut

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff Eunice Smith

3/16/04
**Date**

_____ Signature

ct09566
**Connecticut Federal Bar Number**

Francis A. Miniter
**Print Clearly or Type Name**

860-560-2590
**Telephone Number**

100 Well Street Unit 1-D
**Address**

860-560-3238
**Fax Number**

Hartford, CT 06103

Miniter@attglobal.net
**E-mail address**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Jane B. Emons, AAG
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____ Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001