HONORABLE **Thompson** CT/evmhrg (10/23/98)
DEPUTY CLERK _____
TOTAL TIME: ___ hours ___ minutes    RPTR/~~ERO/TAPE~~ **DH**

DATE **3/22/04**    START TIME **10:10am**    END TIME **10:20am**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:03CV386**

**Smith**
vs.
**DOC**

**F. Miniter**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**J. Emons**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing **by phone**   ☐ (confmhrg.) Confirmation Hearing   ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing   ☐ (evidhrg.) Evidentiary Hearing   ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing   ☐ (fairhrg.) Fairness Hearing   ☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☒ #28   Motion **to dismiss**   ☐ granted ☐ denied ☒ advisement
☐ #___  Motion _____   ☐ granted ☐ denied ☐ advisement
☐ #___  Motion _____   ☐ granted ☐ denied ☐ advisement
☐ #___  Motion _____   ☐ granted ☐ denied ☐ advisement
☐ #___  Motion _____   ☐ granted ☐ denied ☐ advisement
☐ #___  Motion _____   ☐ granted ☐ denied ☐ advisement
☐ #___  Motion _____   ☐ granted ☐ denied ☐ advisement

☒ **Pltf** Oral Motion **to extend time to file opposition to motion to dismiss - to 4/5/04**   ☒ granted ☐ denied ☐ advisement
☐ Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____   ☐ granted ☐ denied ☐ advisement

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

☒ **Parties shall file amended case management plan by 4/5/04**

**Case consolidated with 3:03CV2222**

Hearing continued until _____ at _____