UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUNICE SMITH, | : | CIVIL ACTION NO. 3:03CV2222(AWT) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, | : | |
| *Defendant* | : | FEBRUARY 19, 2004 |

## MOTION FOR MORE DEFINITE STATEMENT

The defendants move the Court for an Order directing the plaintiff to amend her complaint to allege substantive facts sufficient to permit the defendants an opportunity to know the factual basis for the claims by the plaintiff against each defendant, individually. In support of this Motion, the defendants provide the following:

1. On December 22, 2003, the plaintiff filed her complaint against the State of Connecticut and two named state employees.

2. The complaint references claims under Title VII, and 42 U.S.C. §§ 1983 and 1985 for damages. The complaint also contains certain state law claims.

3. The complaint sets forth little, if any, factual allegations against the defendants that describe the nature of the alleged wrongful conduct, the number of incidents, the date or dates when such conduct occurred, or in what capacities the defendants were acting. More specifically, in the first six counts, there is no differentiation of alleged conduct as between any of the defendants.

4. Additionally, as a whole, the complaint contains paragraphs that make overly vague references to "the defendants."

5. As currently pled, the defendants do not know what specific facts comprise the alleged violation of constitutional law.

6. Without sufficient factual information, the defendants cannot prepare an appropriate response, including a thorough evaluation of any conflicts of interest that could conceivably exist between them.

WHEREFORE, for the reasons set forth in the accompanying brief in support of this motion, the defendants request a more definite statement setting forth the operative facts giving rise to each cause of action by the plaintiff against each defendant.

> DEFENDANT,
> STATE OF CONNECTICUT,
> DEPARTMENT OF CORRECTION
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> BY: _____
> Jane B. Emons
> Assistant Attorney General
> Federal Bar No. 16515
> 55 Elm Street - P.O. Box 120
> Hartford, CT  06141-0120
> Tel: (860) 808-5340
> Fax: (860) 808-5383
> Email:  jane.emons@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion For More Definite Statement was mailed this 19th day of February, 2004, first class postage prepaid to:

Francis A. Miniter, Esq.
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT  06106

_____
Jane B. Emons
Assistant Attorney General