**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
EUNICE SMITH,                  :
                               :
     Plaintiff,                :
v.                             : Civil No. 3:03CV00386(AWT)
                               :
STATE OF CONNECTICUT, DEP'T    :
OF CORRECTIONS; JOHN           :
ARMSTRONG, Commissioner, in    :
his individual capacity; and   :
REMI ACOSTA, Warden, in his    :
individual capacity,           :
                               :
          Defendants.          :
-------------------------------x
```

**ORDER**

At a hearing held on the record today the plaintiff moved orally for an extension of time in which to file her opposition to the defendants' motion to dismiss (Doc. # 28). The plaintiff's oral motion for extension of time is hereby GRANTED, up to and including April 5, 2004.

The parties shall file an amended case management plan by April 5, 2004, which shall be filed under the lead case, Civil Action NO. 3:03CV00386(AWT), and which shall address both the lead case and the consolidated case, Civil Action No. 3:03CV02222(AWT).

It is so ordered.

Dated at Hartford, Connecticut this 22nd day of March, 2004, at Hartford, Connecticut.

                                          /s/
                                   Alvin W. Thompson
                              United States District Judge