UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR -1 P 4:50

EUNICE SMITH
        Plaintiff

v.

STATE OF CONNECTICUT/
DEPARTMENT OF CORRECTIONS;
COMMISSIONER JOHN ARMSTRONG
IN HIS INDIVIDUAL CAPACITY;
WARDEN REMI ACOSTA, IN HIS
INDIVIDUAL CAPACITY
        Defendants

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

CIV. ACTION NO:
3:03CV00386 (AWT)

MARCH 30, 2004

## MOTION TO AMEND COMPLAINT

The Plaintiff in the above captioned matter hereby respectfully requests to Amend her

Complaint. Plaintiff wishes to change the 42 U.S.C. §1981 claim to a 42 U.S.C. §1983 claim to

conform to the Court's November 23, 2003 ruling on the Motion to Dismiss. A copy of the

Second Amended Complaint is attached hereto.

THE PLAINTIFF

By_____
Francis A. Miniter, her attorney
Miniter & Associates
100 Wells Street Unit 1-D
Hartford, CT 06103
860-560-2590   ct09566

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the following counsel of record this 36th day of March, 2004:

Jane B. Emons, AAG
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_Francis A. Miniter_
Francis A. Miniter