UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUNICE SMITH | : | CIVIL ACTION NO: 3:03CV00386 (AWT) |
| V. | : | |
| STATE OF CONNECTICUT/<br>DEPARTMENT OF CORRECTIONS;<br>COMMISSIONER JOHN ARMSTRONG IN<br>HIS INDIVIDUAL CAPACITY; WARDEN<br>REMI ACOSTA, IN HIS INDIVIDUAL<br>CAPACITY | : | April 5, 2004 |

FILED

## PLAINTIFF'S OBJECTION TO
## MOTION TO DISMISS AMENDED COMPLAINT

The Plaintiff in the above captioned matter objects to the Defendant's Motion to Dismiss the Amended Complaint for the reasons contained in the Memorandum of Law filed herewith.

THE PLAINTIFF

By _____
Francis A. Miniter, her attorney
Miniter & Associates
100 Wells Street Unit 1-D
Hartford, CT 06106
Ct09566 860-560-2590

### CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the following counsel of record this 5th day of April, 2004:

Jane B. Emons, AAG
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Francis A. Miniter