UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUNICE SMITH, | : | CIVIL ACTION NO. 3:03CV00386(AWT) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, | : | |
| *Defendant* | : | APRIL 15, 2004 |

**DEFENDANTS ANSWER AND AFFIRMATIVE DEFENSE**
**TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

**Count One**

1. Paragraph 1 is denied.

2. As to paragraph 2, the defendants have insufficient knowledge to formulate a response and therefore, leave plaintiff to her proof.

3. Paragraph 3 is admitted.

4. The defendants admit so much of paragraph 4 that alleges that the Department of Correction is a state agency that employs over 500 persons and whose principal place of business is 24 Wolcott Hill Road, Wethersfield, CT 06109.

5. As to paragraph 5, the defendants admit that plaintiff began working for the defendant on July 13, 1990 as a cadet and was appointed to the position of Correctional Officer on April 30, 1991. She began work at the Hartford Correctional Facility at 177 Weston Street, Hartford, CT 06120.

6. Paragraph 6 is admitted.

7. Paragraph 7 is denied.

8. As to paragraphs 8, 9, 10, 11, 12, 13, 14, 15 and 16, plaintiff is left to her proof.

9. As to paragraph 17, plaintiff is left to her proof.

10. The defendants admit so much of paragraph 18 that states that plaintiff was issued a five (5) day suspension on October 23, 2002. As to the remainder of paragraph 18, plaintiff is left to her proof.

11. As to paragraph 19, plaintiff is left to her proof.

12. Paragraphs 20 and 21 are denied.

### Count Two

The defendants' responses to paragraphs 1 through 21 of Count One are incorporated by reference as if fully set forth herein.

1. Paragraphs 22 and 23 are admitted.

2. As to paragraph 24, plaintiff is left to her proof.

3. Paragraph 25 is admitted.

4. As to paragraph 26, plaintiff is left to her proof.

5. Paragraphs 27, 28 and 29 are denied.

### Count Three

The defendants' responses to paragraphs 1 through 21 of Count One are incorporated by reference as if fully set forth herein.

1. As to the first sentence of paragraph 22, the plaintiff is left to her proof. The second sentence of paragraph 22 is denied.

2. Paragraphs 23, 24 and 25 are denied.

**Count Four**

The defendants' responses to paragraphs 1 through 21 of Count One are incorporated by reference as if fully set forth herein.

1. Paragraphs 23 [sic], 23, 24, 25 and 36 are denied.

## AFFIRMATIVE DEFENSES

### First Defense

The plaintiff has failed to state a claim upon which relief can be granted.

### Second Defense

The plaintiff has failed to exhaust her administrative remedies.

### Third Defense

The plaintiff has failed to mitigate her damages.

### Fourth Defense

As to the individual defendants, the court lacks personal jurisdiction for lack of service of process pursuant to F.R.C.P. 12(b)(4).

### Fifth Defense

The plaintiff's claims against the individual defendants are barred by the doctrine of qualified immunity because they acted in good faith at all times.

### Sixth Defense

The plaintiff's claims for negligent infliction of emotional distress are barred by Conn. Gen. Stats. 4-165 and the doctrine of sovereign immunity.

### Seventh Defense

Some of the plaintiff's claims are barred by the Eleventh Amendment to the United States Constitution.

```
                                        DEFENDANT,
                                        STATE OF CONNECTICUT,
                                        DEPARTMENT OF CORRECTION

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL


                                BY:     _____
                                        Jane B. Emons
                                        Assistant Attorney General
                                        Federal Bar No. 16515
                                        55 Elm Street - P.O. Box 120
                                        Hartford, CT  06141-0120
                                        Tel: (860) 808-5340
                                        Fax: (860) 808-5383
                                        Email:  jane.emons@po.state.ct.us
```

## CERTIFICATION

I hereby certify that a copy of the foregoing Defendants Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint, was mailed this 15th day of April, 2004, first class postage prepaid to:

> Francis A. Miniter, Esq.
> Miniter & Associates
> 100 Wells Street, Unit 1-D
> Hartford, Connecticut 06103

```
                                        _____
                                        Jane B. Emons
                                        Assistant Attorney General
```

4