# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

EUNICE SMITH

vs.

STATE OF CONNECTICUT,
DEPARTMENT OF CORRECTIONS
ET. AL.,

APPEARANCE

**FILED**
2004 MAY 18
DISTRICT COURT
HARTFORD, CT.

CASE NUMBER: 3:03 CV 00 386 (AWT)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: PLAINTIFF, IN LIEU OF FRANCIS A. MINITER, ESQ., (see attached March 10, 2004 LETTER).

5-17-04
**Date**

ct21797
**Connecticut Federal Bar Number**

203-334-4800
**Telephone Number**

203-333-7178
**Fax Number**

CYNTHIA.JENNINGS@SBCGLOBAL.NET
**E-mail address**

*(Signature)*

CYNTHIA R. JENNINGS, ESQ.,
**Print Clearly or Type Name**

211 STATE ST. 2ND FLOOR
**Address**
BRIDGEPORT, CT. 06604.

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

JANE B. EMONS, AAG, 55 ELM ST. P.O. BOX 120
HARTFORD, CT. 06141-0120

W. MARTYN PHILPOT, JR., 409 ORANGE ST, NEW HAVEN
CT 06511-6406

FRANCIS A. MINITER, MINITER & ASSOCIATES
100 WELLS ST.,
HARTFORD
CT. 06103

*(Signature)*

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

Attorney Francis A. Miniter
100 Wells Street, Suite 1D
Hartford, CT. 06105

March 10, 2004

Attorney Miniter,

On three separate occasions you were asked if you have filed an appearance on behalf with the federal court. You replied that you had. Since then, I have checked with the federal court on several occasions, and as of the date of this letter you still have not filed an appearance in lieu of my former attorney. My former attorney has been in contact with me on numerous occasions regarding this matter. Also, you have failed to present a written contract agreement retaining you as my legal counsel. I am unemployed therefore; I am requesting a full refund of my ($3,500.00) three thousand five hundred dollars paid to you for legal representation. I have found other counsel at this time to represent me in this matter. I am requesting all documents that you have previously claimed you filed.

Sincerely,

Eunice E. Smith

Witness _____  Date: Hand Delivered Mar, 10, 2004

Zachary Hayes Sr.