UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUNICE SMITH<br>    Plaintiff | 2004 APR 14 A 11: 05 |
| V. | CIV. ACTION NO:<br>3:03CV00386 (AWT) |
| STATE OF CONNECTICUT/<br>DEPARTMENT OF CORRECTIONS;<br>COMMISSIONER JOHN ARMSTRONG<br>IN HIS INDIVIDUAL CAPACITY;<br>WARDEN REMI ACOSTA, IN HIS<br>INDIVIDUAL CAPACITY<br>    Defendants | APRIL 2, 2004 |

| | |
|---|---|
| EUNICE SMITH | |
| vs. | CIV. ACTION NO:<br>3:03CV2222 (AWT) |
| STATE OF CONNECTICUT<br>DEPARTMENT OF CORRECTIONS<br>and PATRICIA GONZALEZ<br>and MICHAEL DAVIS | APRIL 2, 2004 |

### REPORT OF THE PARTIES PLANNING MEETING
### 26(F) REPORT

**DATE COMPLAINT FILED:**     3/5/03 (00386); 12/22/03 (2222)

**DATE COMPLAINT SERVED:**     3/12/03 (00386); 12/23/03 (2222)

**DATE OF DEFENDANT'S APPEARANCE:**     6/16/03 (00386); 1/9/04 (2222)

Pursuant to FED. R. CIV. P. 16(b), 26 (f) and D. Conn. L. Civ. R. 38, a conference was held on April 2, 2004. Participants were:

Christine E. Corriveau for Plaintiff Eunice Smith.
Jane B. Emons for the Defendant State of Connecticut, Department of Corrections, Michael Davis, Warden Remi Acosta and Commissioner John Armstrong.

This 26 (f) Report is hereby APPROVED. Discovery shall be completed by 11/1/04. Dispositive motions, if any, shall be filed on or before 1/1/05. A Joint Trial Memorandum Order will be issued after the dispositive motions deadline has passed. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT     6/19/04