```
                                                    FILED

                                                2004 JUN 28  P 1: 38
```

# United States District Court
### DISTRICT OF CONNECTICUT

DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| EUNICE SMITH | : |
| | : |
| VS. | : CIVIL NO. |
| | : 303CV00386( AWT) |
| STATE OF CONNECTICUT, | : |
| DEPARTMENT OF | : |
| CORRECTIONS, ET AL., | : June 25, 2004 |
| | : |

### MOTION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of Civil Procedure, Plaintiff hereby request that an extension of time be granted for Plaintiff to respond to Defendant's First set of Interrogatories and Request of Production, to August 10, 2004 from June 25, 2004. This extension is requested due to: (1) brief preparation in defense of four separate appellate matters.

This is Plaintiff's first request for an extension of time on this issue. Plaintiff's counsel contacted counsel for Defendants' who had no objections to this request.

**ORAL ARGUMENT NOT REQUIRED**

**TESTIMONY NOT REQUIRED**

Cynthia R. Jennings, Esq.,
THE BARRISTER LAW GROUP, LLC.,
211 State Street, 2nd Floor ~ Bridgeport ~ CT 06604
Tel: 203-334-4800 ~ Fax: 203-368-6985 ~ Email: cynjennings@aol.com
Federal Bar No. CT21797

PLAINTIFF
EUNICE SMITH

BY: _____
CYNTHIA R. JENNINGS, ESQ.,
THE BARRISTER LAW GROUP, LLC.,
211 STATE STREET, BRIDGEPORT
CONNECTICUT 06604
TEL: 203-334-4800
FAX: 203-368-6985
Email: Cynthia.Jennings@sbcglobal.net
Federal Bar No. CT21797

**CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via U.S. Mail, to the following counsel of record on this 25[h] day of June, 2004.

Jane B. Emons
Assistant Attorney General
Office of The Attorney General
State of Connecticut
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Cynthia R. Jennings, Esq.,