03cv386 ex time

42

FILED

2004 JUN 28 P 1: 38

# United States District Court
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUNICE SMITH | : |
| | : |
| VS. | :  CIVIL NO. |
| | :  303CV00386(AWT) |
| STATE OF CONNECTICUT, | : |
| DEPARTMENT OF | : |
| CORRECTIONS, ET AL., | :  June 25, 2004 |
| | : |

### MOTION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of Civil Procedure, Plaintiff hereby request that an extension of time be granted for Plaintiff to respond to Defendant's First set of Interrogatories and Request of Production, to August 10, 2004 from June 25, 2004. This extension is requested due to: (1) brief preparation in defense of four separate appellate matters.

This is Plaintiff's first request for an extension of time on this issue. Plaintiff's counsel contacted counsel for Defendants' who had no objections to this request.

**ORAL ARGUMENT NOT REQUIRED**

**TESTIMONY NOT REQUIRED**

Extension GRANTED, nunc pro tunc, to and including August 10, 2004.
It is so ordered

Alvin W. Thompson, U.S.D.J.
Hartford, CT  7/2/04

Cynthia R. Jennings, Esq.,
THE BARRISTER LAW GROUP, LLC.,
211 State Street, 2nd Floor ~ Bridgeport ~ CT 06604
Tel: 203-334-4800 ~ Fax: 203-368-6985 ~ Email: cynjennings@aol.com
Federal Bar No. CT21797