# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED
2004 OCT 26 A 10: 25

| | |
|---|---|
| **EUNICE SMITH,** | : CIVIL ACTION |
| | : NO. 3:03CV00386(AWT) |
| *Plaintiff* | : |
| | : |
| v. | : |
| | : |
| **STATE OF CONNECTICUT,** | : |
| **DEPARTMENT OF CORRECTION,** | : |
| *Defendant* | : October 22, 2004 |

## JOINT MOTION TO EXTEND DISCOVERY PURSUANT TO L.R. CIV. P. 9(b)

Pursuant to the Local Rule of Civil Procedure Plaintiff hereby request that the deadlines established for the completion for discovery be extended ninety days as follows: specifically discovery is currently scheduled to come to an end on November 1, 2002 and summary judgment is due on January 17, 2005. A ninety day extension will adjust these dates to allow discovery deadline to become February 1, 2005, and summary judgment becomes due April 17, 2005.

The parties make this request for the reason that Plaintiff's counsel is yet to receive Plaintiff's complete file from previous counsel.

**ORAL AGRUMENT NOT REQUIRED:**

**TESTIMONY NOT REQUIRED:**

PLAINTIFF
EUNICE SMITH

BY: *Cynthia R. Jennings*
CYNTHIA R. JENNINGS, ESQ.,
THE BARRISTER LAW GROUP, LLC.,
211 STATE STREET, BRIDGEPORT
CONNECTICUT 06604
TEL: 203-334-4800
FAX: 203-368-6985
Email: Cynthia.Jennings@sbcglobal.net
Federal Bar No. CT21797

### CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. Mail, to the following counsel of record on this 25$^h$ day of June, 2004.

Jane B. Emons
Assistant Attorney General
Office of The Attorney General
State of Connecticut
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

*Cynthia R. Jennings*
Cynthia R. Jennings, Esq.,