# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUNICE SMITH, | : CIVIL ACTION |
| *Plaintiff* | : NO. 3:03CV00386(AWT) |
| v. | : |
| STATE OF CONNECTICUT, DEPARTMENT OF CORRECTION, | : |
| *Defendant* | : October 22, 2004 |

**FILED 2004 OCT 26 A 10:25 U.S. DISTRICT COURT HARTFORD, CT.**

## JOINT MOTION TO EXTEND DISCOVERY PURSUANT TO L.R. CIV. P. 9(b)

Pursuant to the Local Rule of Civil Procedure Plaintiff hereby request that the deadlines established for the completion for discovery be extended ninety days as follows: specifically discovery is currently scheduled to come to an end on November 1, 2002 and summary judgment is due on January 17, 2005. A ninety day extension will adjust these dates to allow discovery deadline to become February 1, 2005, and summary judgment becomes due April 17, 2005.

The parties make this request for the reason that Plaintiff's counsel is yet to receive Plaintiff's complete file from previous counsel.

**ORAL ARGUMENT NOT REQUIRED:**

**TESTIMONY NOT REQUIRED:**

**FILED 2004 NOV 12 P5:3[?] U.S. DISTRICT COURT HARTFORD, CT.**

GRANTED. Discovery shall be completed by February 1, 2005. Dispositive motions, if any, shall be filed on or before April 18, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 11/12/04