**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| EUNICE SMITH, | : | CIVIL ACTION NO. 3:03CV00386(AWT) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, | : | |
| *Defendant* | : | DECEMBER 6, 2004 |

### DEFENDANTS MOTION TO COMPEL AND MOTION FOR SANCTIONS

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Local Rule 37, the defendants respectfully request that this Court order the plaintiff to cooperate in discovery and by responding fully to their Interrogatories and Requests for Production dated May 25, 2004. Additionally the defendants respectfully request that this Court order the plaintiff to provide the defendants with a More Definite Statement as ordered by the Court on March 22, 2004.[1] In support of this Motion to Compel, the defendants, through counsel, represent as follows:

    1.    *Smith v. Department of Corrections*, 3:03CV00386 was filed on 03/05/2003 (Exh. 1).

    2.    *Smith v. Department of Corrections, et al,* 3:03CV2222 was filed on 12/22/03 (Exh. 2).

---

[1] Both requests pertain only to the Case 3:03CV2222AWT that has been consolidated with 3:03CV00386AWT. A separate request for Interrogatories and Production pertaining to 3:03CV00386 dated October 14, 2003 were responded to on October 15, 2004.

3. Both cases were consolidated by the Court under the number 3:03CV386 on March 22, 2004 (Exh. 2, 3).

4. As to 3:03CV2222, a Motion for More Definite Statement filed by the defendants on February 20, 2004 was granted by the Court on March 22, 2004 (Exh. 2).

5. Attorney Cynthia R. Jennings appeared on behalf of plaintiff on May 18, 2004. (Exh. 1).

6. By letter dated May 24, 2004, the undersigned wrote to Attorney Jennings whose attention was directed "to both the outstanding pleadings and to our discovery" requests. (Exh. 4).

7. Interrogatory and Discovery requests as to the Complaint dated December 21, 2003 (3:03CV2222) and dated May 25, 2004 were sent with the May 24, 2004 letter on May 25, 2004. (Exh. 4).

8. On August 25, 2004, a second letter was sent to Attorney Jennings referring to her e-mail receipt of discovery requests and specifically drawing her attention to the outstanding Motion for More Definite Statement. (Exh. 5).

9. A third and final letter was sent to Attorney Jennings on November 10, 2004 requesting a response to both discovery requests and the Motion for More Definite Statement. (Exh. 6).

10. As of this date, the defendants have received no reply to their discovery requests, the Court's ruling on Defendants Motion for More Definite Statement, or their letters.

11. The defendants anticipate taking the deposition of plaintiff and others and will be unable to do so within the February 1, 2005 deadline without this information.

12. The information requested through the Motion for More Definite Statement and the outstanding interrogatories and requests for production is crucial to the defendants' ability to prepare their case and to present an effective defense against the plaintiff's allegations of wrongdoing on their part. Absent the requested information, the defendants' ability to investigate the allegations or wrongdoing proffered, to cross-examine the plaintiff and her witnesses, and to present appropriate witnesses during the course of the trial will be severely prejudiced.

13. Specifically, the defendants move to compel full, complete, accurate and truthful answers and disclosure to the entire document entitled "Defendants' Interrogatories and Request for Production to the Plaintiff Eunice Smith" dated May 25, 2004 (Exh. 4). Additionally, the defendants seek an amended complaint as ordered by the Court on March 22, 2004.

14. In support of this motion, the defendants file a certification of good faith pursuant to Rule 37(a)(2)(B), Fed. R. Civ. P. and Local Rule 9(d)(2).

WHEREFORE, the defendants request that the plaintiff be ordered to immediately comply with the Court's ruling of March 22, 2004 and with the rules of discovery by responding to their interrogatories and request for production within ten days of the date of this motion or suffer the dismissal of this lawsuit with prejudice. In addition, the defendant requests that their expenses in the making of this motion including reasonable attorney's fees be allowed in accordance with Rule 37(a)(4)(A) of

the Federal Rules of Civil Procedure in the amount of $1036.00, in accordance with the attached Bill of Costs and Request for Attorney's Fees.

          DEFENDANT,
          STATE OF CONNECTICUT,
          DEPARTMENT OF CORRECTION

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

BY: _____
          Jane B. Emons
          Assistant Attorney General
          Federal Bar No. 16515
          55 Elm Street - P.O. Box 120
          Hartford, CT  06141-0120
          Tel: (860) 808-5340
          Fax: (860) 808-5383
          Email: jane.emons@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Defendants' Motion to Compel and Motion for Sanctions, was mailed this 6th day of December, 2004, first class postage prepaid to:

Cynthia Jennings, Esq.
The Barrister Law Group
211 State Street, 2nd Floor
Bridgeport, CT  06604

          _____
          Jane B. Emons
          Assistant Attorney General