**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| EUNICE SMITH, | : | CIVIL ACTION NO. 3:03CV00386(AWT) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, | : | |
| *Defendant* | : | DECEMBER 6, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the Defendants, State of Connecticut, Department of Correction, have manually filed the following documents or things:

Exhibits 1 – 6 in support of Defendant's Motion to Compel and Motion for Sanctions

These exhibits have not been filed electronically because

[ x ]  the document or thing cannot be converted to an electronic format*
[   ]  the electronic file size of the document exceeds 1.5 megabytes
[   ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                        DEFENDANT,
                                        STATE OF CONNECTICUT,
                                        DEPARTMENT OF CORRECTION

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL

BY:                                        _____
                                        Jane B. Emons
                                        Assistant Attorney General
                                        Federal Bar No. 16515
                                        55 Elm Street - P.O. Box 120
                                        Hartford, CT  06141-0120
                                        Tel: (860) 808-5340
                                        Fax: (860) 808-5383
                                        Email:  jane.emons@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Notice of Manual Filing, was mailed this 6th day of December, 2004, first class postage prepaid to:

Cynthia Jennings, Esq.
The Barrister Law Group
211 State Street, 2nd Floor
Bridgeport, CT  06604

                                                            _____
                                                            Jane B. Emons
                                                            Assistant Attorney General