UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUNICE SMITH, | : | CIVIL ACTION NO. 3:03CV00386(AWT) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, | : | |
| *Defendant* | : | DECEMBER 6, 2004 |

## BILL OF COSTS AND
## REQUEST FOR ATTORNEY'S FEES

Pursuant to the provisions of Rule 37(a)(4)(A) of the Federal Rules of Civil Procedure, the defendants respectfully request that they be reimbursed as follows for the costs of the Defendants' Motion to Compel dated December 6, 2004.

**Copying Costs @ $.50/page**:

| | |
|---|---|
| Motion to Compel (4 pages)(2 copies) | $4.00 |
| Certificate of Good Faith (2 pages)(2 copies) | 2.00 |
| Bill of Costs (3 pages)(2 copies) | 3.00 |
| Memorandum of Law (7 pages)(2 copies) | 7.00 |
| Notice of Manual Filing (2 pages)(2 copies) | 2.00 |
| Exhibits (63 pages)(2 copies) | 63.00 |

**Postage (first class)**

| | |
|---|---|
| U.S. Mail (2 copies) | 5.00 |

**Attorney's Fees @ $200.00/hour**

    May 24, 2004, August 25, 2004
    and November 10, 2004 letters (1.5 hours)    150.00

    Draft Memorandum of Law,
    Motion to Compel and Bill of Costs and

    Certificate of Good Faith   (4.0 hours)    $800.00

                        **TOTAL**    **$1036.00**

DEFENDANT,
STATE OF CONNECTICUT,
DEPARTMENT OF CORRECTION

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Jane B. Emons
Assistant Attorney General
Federal Bar No. 16515
55 Elm Street - P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Email:  jane.emons@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Bill of Costs and Request for Attorney's Fees, was mailed this 6th day of December, 2004, first class postage prepaid to:

Cynthia Jennings, Esq.
The Barrister Law Group
211 State Street, 2nd Floor
Bridgeport, CT  06604

_____
Jane B. Emons
Assistant Attorney General