## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUNICE SMITH, | : | CIVIL ACTION NO. 3:03CV00386(AWT) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, | : | |
| *Defendant* | : | DECEMBER 6, 2004 |

### CERTIFICATE OF GOOD FAITH

In accordance with the Provisions of Rule 37(a)(2)(B) of the Federal Rules of Civil Procedure and Rule 37(a)2 of the Local Rules of Civil Procedure for the District of Connecticut, counsel hereby certifies that: (1) the foregoing Bill of Costs and Requests for Attorney's Fees accurately and completely reflect the time and resources spent by the Office of the Attorney General in the preparation and filing of this motion; (2) the hourly fee charged is reasonable and in accordance with the fee charged in the greater Hartford area for work done by attorneys of like experience and training; and (3) counsel has in good faith conferred or attempted to confer with the plaintiff through her attorney, Cynthia Jennings, Esq., in an effort to secure the information or material which is the subject of this motion as set forth in the attached motion.

DEFENDANT,
STATE OF CONNECTICUT,
DEPARTMENT OF CORRECTION

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Jane B. Emons
Assistant Attorney General
Federal Bar No. 16515
55 Elm Street - P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Email: jane.emons@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Certification of Good Faith, was mailed this 6th day of December, 2004, first class postage prepaid to:

Cynthia Jennings, Esq.
The Barrister Law Group
211 State Street, 2nd Floor
Bridgeport, CT 06604

_____
Jane B. Emons
Assistant Attorney General