UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUNICE SMITH, | : | CIVIL ACTION NO. 3:03CV00386(AWT) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, | : | |
| *Defendant* | : | DECEMBER 6, 2004 |

**CERTIFICATE OF GOOD FAITH**

In accordance with the Provisions of Rule 37(a)(2)(B) of the Federal Rules of Civil Procedure and Rule 37(a)2 of the Local Rules of Civil Procedure for the District of Connecticut, counsel hereby certifies that: (1) the foregoing Bill of Costs and Requests for Attorney's Fees accurately and completely reflect the time and resources spent by the Office of the Attorney General in the preparation and filing of this motion; (2) the hourly fee charged is reasonable and in accordance with the fee charged in the greater Hartford area for work done by attorneys of like experience and training; and (3) counsel has in good faith conferred or attempted to confer with the plaintiff through her attorney, Cynthia Jennings, Esq., in an effort to secure the information or material which is the subject of this motion as set forth in the attached motion.

```
                                        DEFENDANT,
                                        STATE OF CONNECTICUT,
                                        DEPARTMENT OF CORRECTION

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL


                        BY:             _____
                                        Jane B. Emons
                                        Assistant Attorney General
                                        Federal Bar No. 16515
                                        55 Elm Street - P.O. Box 120
                                        Hartford, CT  06141-0120
                                        Tel: (860) 808-5340
                                        Fax: (860) 808-5383
                                        Email: jane.emons@po.state.ct.us
```

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Certification of Good Faith, was mailed this 6th day of December, 2004, first class postage prepaid to:

Cynthia Jennings, Esq.
The Barrister Law Group
211 State Street, 2nd Floor
Bridgeport, CT  06604


_____
Jane B. Emons
Assistant Attorney General