## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUNICE SMITH, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | **3:03CV00386(AWT)** |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, | : | |
| *Defendant* | : | December 14, 2004 |

### PLAINTIFF'S MOTION IN OPPOSITION TO RULE 37 SANCTIONS

Defendant's request for sanctions at this time is somewhat disingenuous since counsel for plaintiff sincerely believed that the Parties Joint Request for a modification of the Rule 26 Report to reflect an extension of discovery deadlines included time in which to submit plaintiff's amended complaint.

The parties submitted a Joint Request for a ninety-day extension for the close of discovery from November 1, 2004 to February 1, 2005. Plaintiff respectfully apologizes to the court and begs the court to refrain from issuing any order which would require plaintiff to pay reasonable expenses or attorney's fees at this time, in light of the fact that plaintiff has submitted the discovery materials to defendants and provided an amended complaint with more specificity and definition.

Plaintiff has substantially justified the reasons for the delay in this matter, in that there was a genuine belief that timeframes relative to discovery and the submission of a more definite statement were extended.

PLAINTIFF
EUNICE SMITH


BY:  **/s/ Cynthia R. Jennings**
CYNTHIA R. JENNINGS, ESQ.,
THE BARRISTER LAW GROUP, LLC.,
211 STATE STREET, BRIDGEPORT
CONNECTICUT 06604
TEL:  203-334-4800
FAX: 203-368-6985
Email: Cynthia.Jennings@sbcglobal.net
Federal Bar No. CT21797


**CERTIFICATION**


This is to certify that a copy of the foregoing has been sent via FEDEX EXPRESS

Mail, to the following counsel of record on this 14th day of December 2004.

Jane B. Emons
Assistant Attorney General
Office of The Attorney General
State of Connecticut
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120


/S/ CYNTHIA R. JENNINGS
Cynthia R. Jennings, Esq.,