UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUNICE SMITH, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | **3:03CV00386(AWT)** |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, | : | |
| *Defendant* | : | December 14, 2004 |

**PLAINTIFF'S MOTION REFLECTING COMPLIANCE**
**WITH DISCOVERY RULE 33**

Pursuant to Rule 33 of the Fed. R. Civ P. plaintiff hereby complies with defendants Motion to Compel plaintiff to Respond fully to defendant's interrogatory requests and to the March 22, 2004, Order of the Court for a more definite statement from plaintiff. Plaintiff's compliance is a follows: 1) Submission of the full and complete package of discovery materials which were delivered to defendant on October 15, 2004 and the full and complete package of discovery materials responsive to defendant's supplemental interrogatory request. 2) Submission of an Amended complaint which represents the more definite statement Ordered by the Court.

PLAINTIFF
EUNICE SMITH


BY: /S/ CYNTHIA R. JENNINGS
CYNTHIA R. JENNINGS, ESQ.,
THE BARRISTER LAW GROUP, LLC.,
211 STATE STREET, BRIDGEPORT
CONNECTICUT 06604
TEL: 203-334-4800
FAX: 203-368-6985
Email: Cynthia.Jennings@sbcglobal.net
Federal Bar No. CT21797


**CERTIFICATION**


This is to certify that a copy of the foregoing has been sent via FEDEX EXPRESS

Mail, to the following counsel of record on this 14th day of December 2004.

Jane B. Emons
Assistant Attorney General
Office of The Attorney General
State of Connecticut
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120



/S/ CYNTHIA R. JENNINGS
Cynthia R. Jennings, Esq.,