UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUNICE SMITH,<br>*Plaintiff*<br><br>v.<br><br>STATE OF CONNECTICUT,<br>DEPARTMENT OF CORRECTION,<br>*Defendant* | CIVIL ACTION NO. 3:03CV00386(AWT)<br><br><br><br><br>JANUARY 13, 2004 |

### DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, the defendant hereby moves the court to dismiss this action for the following reasons:

1. The plaintiff's Title VII action against individual defendants does not state a viable legal claim;

2. The plaintiff's § 1981 claims against the State of Connecticut, Department of Correction are barred by the Eleventh Amendment to the United States Constitution; and

3. The plaintiff's claims against individual defendants for negligent infliction of emotional distress are barred by the doctrine of sovereign immunity.

The Court should be aware that this is the Second Motion to Dismiss filed to address the § 1981 and negligent infliction of emotional distress claims. The defendants refer the Court to its earlier ruling in this case.

The defendant has filed a memorandum of law in support of its Motion to Dismiss Amended Complaint.

DENIED without prejudice. (See Doc. No. 19 in Civil Case No. 3:03CV02222(AWT).) It is so ordered.

Alvin W. Thompson, U.S.D.J.   Hartford, CT  1/5/05

FILED
2005 JAN -7 P 4:31
U.S. DISTRICT COURT
HARTFORD, CT.