UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUNICE SMITH<br>Plaintiff | :<br>:<br>: |
| v. | :  CIV. ACTION NO:<br>:  3:03CV00386 (AWT) |
| STATE OF CONNECTICUT/<br>DEPARTMENT OF CORRECTIONS;<br>COMMISSIONER JOHN ARMSTRONG<br>IN HIS INDIVIDUAL CAPACITY;<br>WARDEN REMI ACOSTA, IN HIS<br>INDIVIDUAL CAPACITY<br>Defendants | :<br>:<br>:<br>:<br>:<br>MARCH 30, 2004 |

## MOTION TO AMEND COMPLAINT

The Plaintiff in the above captioned matter hereby respectfully requests to Amend her Complaint. Plaintiff wishes to change the 42 U.S.C. §1981 claim to a 42 U.S.C. §1983 claim to conform to the Court's November 23, 2003 ruling on the Motion to Dismiss. A copy of the Second Amended Complaint is attached hereto.

THE PLAINTIFF

By_____
Francis A. Miniter, her attorney
Miniter & Associates
100 Wells Street Unit 1-D
Hartford, CT 06103
860-560-2590   ct09566

*Handwritten margin notes:*
- DENIED as moot. (See Doc. No. 19 in Civil Case No. 3:03CV02222 (AWT).) The Clerk shall docket the attached amended complaint dated December 14, 2004. It is so ordered.
- Alvin W. Thompson, U.S.D.J.
- Hartford, CT 1/5/05