**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
EUNICE SMITH,                  :
                               :
    Plaintiff,                 :
v.                             : Civil No. 3:03CV00386(AWT)
                               :
STATE OF CONNECTICUT, DEP'T    :
OF CORRECTIONS; JOHN           :
ARMSTRONG, Commissioner, in    :
his individual capacity; and   :
REMI ACOSTA, Warden, in his    :
individual capacity,           :
                               :
    Defendants.                :
-------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

\_\_\_\_\_    All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_\_    A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

\_\_\_\_\_    To supervise discovery and resolve discovery disputes (orefmisc./dscv)

__X__    A ruling on the following motion, which is currently pending:(orefm.)
• Doc.# <u>46</u> <u>Motion to Compel and Motion for Sanctions</u>

\_\_\_\_\_    A settlement conference (orefmisc./cnf)

\_\_\_\_\_    A conference to discuss the following: (orefmisc./cnf) _____

\_\_\_\_\_    Other: (orefmisc./misc)_____

SO ORDERED this 5th day of January 2005, at Hartford, Connecticut.

                                         /s/
                                    Alvin W. Thompson
                              United States District Judge