# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **EUNICE SMITH** : | |
|     *Plaintiff* : | CIVIL NO. 3:03CV386(AWT) |
| **V.** : | |
| **State of Connecticut** : | |
| **Department of Corrections and** : | |
| **John J. Armstrong** : | |
| **Teresa Lantz** : | |
| **Erik Sousa** : | January 24, 2005 |
|     *Defendants.* : | |

## JOINT REQUEST FOR SETTLEMENT CONFERENCE

The parties in the above captioned matter respectfully request that a settlement conference with a Magistrate Judge be scheduled for the purpose of negotiating a meaningful resolution of the charge. Both parties have agreed that facilitated settlement discussions at this time could result in resolution acceptable to both sides.

FOR PLAINTIFF                                      FOR DEFENDANTS


By_____/S/_____        By_____
Cynthia R. Jennings, Esq.,                     Jane Emons, Esq.,
THE BARRISTER LAW GROUP, LLC.,        Assistant Attorney General
211 State Street, 2nd Floor                    55 Elm Street, P.O. Box 120
Bridgeport, CT 06604                             Hartford, CT 06141-0120
Tel: 203-334-4800                                   Tel: 860-808-5340
Fax: 203-333-7178                                  Fax: 860-808-5383
cynthia_jennings_law@yahoo.com        jane.emons@po.state.ct.us

2

## **CERTIFICATION**

This is to certify that a copy of the foregoing Joint Motion for Settlement Conference, has been sent via U.S. Mail, to the following counsel of record on this 26th day of January, 2005.

Cynthia R. Jennings, Esq.,
THE BARRISTER LAW GROUP, LLC.,
211 State Street, 2nd Floor
Bridgeport, CT 06604

_____
Jane B. Emons
Assistant Attorney General

2