**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------x
EUNICE SMITH,                 :
                              :
     Plaintiff,               :
v.                            : Civil No. 3:03CV00386(AWT)
                              :
STATE OF CONNECTICUT DEP'T    :
OF CORRECTIONS; JOHN          :
ARMSTRONG, Commissioner, in   :
his individual capacity;      :
ERIK SOUSA; and TERESA LANTZ, :
                              :
     Defendants.              :
-----------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

____    All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____    A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

____    To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____    A ruling on the following motion, which is currently pending:(orefm.)
 • Doc.# __ _____

_X__    A settlement conference (orefmisc./cnf)

____    A conference to discuss the following: (orefmisc./cnf)
_____

____    Other: (orefmisc./misc)_____

SO ORDERED this 1st day of February 2005, at Hartford, Connecticut.

                              /s/
                    Alvin W. Thompson
                 United States District Judge