

# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

**FILED**

2005 JAN 26 P 1: 30

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| **EUNICE SMITH** <br> *Plaintiff* <br><br> V. <br><br> **State of Connecticut** <br> **Department of Corrections and** <br> **John J. Armstrong** <br> **Teresa Lantz** <br> **Erik Sousa** <br> *Defendants.* | CIVIL NO. 3:03CV386(AWT) <br><br><br><br><br><br> January 24, 2005 |

## JOINT REQUEST FOR SETTLEMENT CONFERENCE

The parties in the above captioned matter respectfully request that a settlement conference with a Magistrate Judge be scheduled for the purpose of negotiating a meaningful resolution of the charge. Both parties have agreed that facilitated settlement discussions at this time could result in resolution acceptable to both sides.

FOR PLAINTIFF

By /s/ Cynthia R. Jennings
Cynthia R. Jennings, Esq.,
THE BARRISTER LAW GROUP, LLC.,
211 State Street, 2nd Floor
Bridgeport, CT 06604
Tel: 203-334-4800
Fax: 203-333-7178
cynthia_jennings_law@yahoo.com

FOR DEFENDANTS

By /s/ Jane Emons
Jane Emons, Esq.,
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: 860-808-5340
Fax: 860-808-5383
jane.emons@po.state.ct.us

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
2/1/05