UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUNICE SMITH, | : | CIVIL ACTION NO. 3:03CV00386(AWT) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, | : | |
| *Defendant* | : | APRIL 12, 2005 |

## MOTION FOR MODIFICATION OF THE SCHEDULING ORDER

The defendants, through counsel, respectfully request an order to modify the existing Scheduling Order for the filing of dispositive motions to August 9, 2005. In support of this motion, the defendants represent as follows:

1. The current Scheduling Order set the deadline for filing dispositive motions for April 18, 2005.

2. The parties have a scheduled settlement conference with Magistrate Judge Martinez on June 9, 2005.

3. In the event that this case can be settled, and to avoid an unnecessary expenditure of needless time on the part of all parties and the court, the defendants respectfully request the aforesaid extension.

4. Additionally, the file in the above-captioned matter is voluminous and, inasmuch as it entails several years of litigation, additional time is required to review and compile material.

5. This is defendants' first request to modify the Scheduling Order.

6. Pursuant to Local Rule 7(b), the undersigned contacted plaintiff's counsel, Cynthia Jennings, Esq., and she has NO OBJECTION to this motion.

WHEREFORE, the defendants respectfully request a modification of the Scheduling Order, resetting the deadline for the filing of dispositive motions to August 9, 2005.

DEFENDANT,
STATE OF CONNECTICUT,
DEPARTMENT OF CORRECTION

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____

Jane B. Emons
Assistant Attorney General
Federal Bar No. 16515
55 Elm Street - P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Email:  jane.emons@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Modification of the Scheduling Order, was mailed this 12th day of April, 2005, first class postage prepaid to:

Cynthia Jennings, Esq.
The Barrister Law Group
211 State Street, 2nd Floor
Bridgeport, CT  06604

_____
Jane B. Emons
Assistant Attorney General