**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
EUNICE SMITH,                  :
                               :
    Plaintiff,                 :
v.                             : Civil No. 3:03CV00386(AWT)
                               :
STATE OF CONNECTICUT DEP'T     :
OF CORRECTIONS, et al.         :
                               :
        Defendants.            :
-------------------------------x
```

**ENDORSEMENT ORDER**

The defendants' Motion for Modification of the Scheduling Order (Doc. No. 64) is hereby GRANTED. Dispositive motions, if any, shall be filed on or before August 9, 2005.

It is so ordered.

Dated this 14th day of April 2005, at Hartford, Connecticut.

                                        /s/
                                 Alvin W. Thompson
                              United States District Judge