UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUNICE SMITH, | : | CIVIL ACTION NO. |
|    *Plaintiff* | : | 3:03CV0386(AWT)(DFM) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, | : | |
| ET AL. | | |
|    *Defendants* | : | August 5, 2005 |

## MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

      The defendants, through counsel, respectfully request an extension of time of ninety (90) days after an arbitrator makes a decision regarding the plaintiff's request for reinstatement that is currently pending. In support of this motion, the defendants represent as follows:

      1.     The current Scheduling Order has set the deadline for filing dispositive motions for August 9, 2005 (Doc. # 65).

      2.     The parties had a settlement conference with Magistrate Judge Martinez on June 9, 2005. The conference included discussion regarding the plaintiff's grievance and arbitration of her dismissal that is currently pending an arbitrator's ruling.

      3.     The arbitrator's decision is imminent and that determination likely will have an effect upon this current action that is before this court.

      4.     The parties have agreed to continue settlement discussions after receipt of the arbitrator's ruling. If the case can be settled, and to avoid an unnecessary expenditure

of needless time on the part of all parties and the court, the defendants respectfully request the extension of time.

5. Additionally, the file in the above-captioned matter is voluminous and, inasmuch as it entails several years of litigation, additional time is required to review and compile material.

6. This is defendants' second request for an extension of time to file summary judgment.

7. Pursuant to Local Rule 7(b), the undersigned discussed this extension with plaintiff's counsel, Cynthia Jennings, Esq., at the settlement conference and Attorney Jennings indicated that she has NO OBJECTION to this motion.

WHEREFORE, the defendants respectfully request an order extending the deadline for filing dispositive motions for ninety (90) days after the arbitrator makes a ruling on plaintiff's current grievance regarding her termination.

DEFENDANTS
STATE OF CONNECTICUT,
DEPARTMENT OF CORRECTION,
ET AL

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Jane B. Emons
Assistant Attorney General
Federal Bar No. 16515
55 Elm Street - P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Email:  jane.emons@po.state.ct.us

3

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Extension of Time to File Dispositive Motions was mailed this    5th    day of August, 2005, first class postage prepaid to:

Cynthia Jennings, Esq.
The Barrister Law Group
211 State Street, 2nd Floor
Bridgeport, CT  06604

_____
Jane B. Emons
Assistant Attorney General