**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

```
-----------------------------x
EUNICE SMITH,                 :
                              :
      Plaintiff,              :
v.                            : Civil No. 3:03CV00386(AWT)
                              :
STATE OF CONNECTICUT DEP'T    :
OF CORRECTIONS, et al.        :
                              :
            Defendants.       :
-----------------------------x
```

**ENDORSEMENT ORDER**

The defendants' Motion for Extension of Time to File Dispositive Motions (Doc. No. 66) is hereby GRANTED. Dispositive motions, if any, shall be filed on or before November 10, 2005.

It is so ordered.

Dated this 10th day of August 2005, at Hartford, Connecticut.

                              _____
                                      /s/
_____  Alvin W. Thompson
                              United States District Judge