## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUNICE SMITH, | : | CIVIL ACTION NO. 3:03CV00386(AWT) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF | : | |
| CORRECTION, ET AL. | : | |
| *Defendants* | : | NOVEMBER 10, 2005 |

## MOTION FOR SUMMARY JUDGMENT

The defendants, State of Connecticut, Department of Correction, John Armstrong, Teresa Lanz [sic] and Eric Sousa, respectfully move, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56 of this District for an order of summary judgment in their favor on all claims set forth against them in the plaintiff's complaint. In support of this motion, the defendants submit herewith a Local Rule 56(a)1 Statement of Material Facts Not in Dispute, with supporting documentary proof and a Memorandum of Law In Support of their Motion For Summary Judgment.

                                                  DEFENDANT,
                                                  STATE OF CONNECTICUT,
                                                  DEPARTMENT OF CORRECTION

                                                  RICHARD BLUMENTHAL
                                                  ATTORNEY GENERAL

BY: _____
                                                  Jane B. Emons
                                                  Assistant Attorney General
                                                  Federal Bar No. ct16515
                                                  55 Elm Street - P.O. Box 120
                                                  Hartford, CT  06141-0120
                                                  Tel: (860) 808-5340
                                                  Fax: (860) 808-5383
                                                  Email: jane.emons@po.state.ct.us

2

**CERTIFICATION**

I hereby certify that a copy of the foregoing Motion For Summary Judgment, was mailed this 10th day of November, 2005, first class postage prepaid to:

Cynthia Jennings, Esq.
The Barrister Law Group
211 State Street, 2nd Floor
Bridgeport, CT  06604

_____
Jane B. Emons
Assistant Attorney General