UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUNICE SMITH, | : | CIVIL ACTION NO. 3:03CV00386(AWT) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF | : | |
| CORRECTION, ET AL. | : | |
| *Defendants* | : | NOVEMBER 10, 2005 |

**<u>DEFENDANTS' INDEX OF EVIDENCE IN SUPORT OF
THEIR MOTION FOR SUMMARY JUDGMENT</u>**

Exhibit 1    Letter dated July 10, 1998 from Mary Narciso to Eunice Smith;

Exhibit 2    Letter dated October 10, 1995 from Warden Edward Arrington to Smith;

Exhibit 3    CHRO Complaint by Eunice Smith, dated October 16, 1995;

Exhibit 4    Post Conciliation Stipulated Agreement, dated January 9, 1997;

Exhibit 5    Letter dated January 28, 1997 from Donald Kruk to Smith;

Exhibit 6    Memorandum dated December 20, 1996 from Commissioner John Armstrong to All DOC Employees re: Misuse of Firearms;

Exhibit 7    Personal Weapon Storage Application by Eunice Smith;

Exhibit 8    CHRO Complaint by Eunice Smith, dated July 25, 1997;

Exhibit 9    Memorandum dated August 6, 1999 from Commissioner Armstrong to Complex Wardens re: Workplace Violence/Storage of Weapons;

Exhibit 10   Letter dated May 9, 2000 from Ann Galer-Pasternak to Smith re: Final Order of Dismissal pursuant to Settlement Agreement;

Exhibit 11   CHRO Complaint by Smith, dated March 5, 2002;

Exhibit 12   Docket Sheet, <u>Smith v. DOC</u>, 3:03CV0386(AWT);

| | |
|---|---|
| Exhibit 13 | CHRO Release of Jurisdiction re: CHRO Case No. 0210362, dated December 10, 2002; |
| Exhibit 14 | Department of Public Safety Incident Report, dated January 17, 2003; |
| Exhibit 15 | Letter dated January 17, 2003 from Warden Remi Acosta to Smith; |
| Exhibit 16 | Letter dated February 10, 2003 from Acosta to Smith; |
| Exhibit 17 | CHRO Complaint by Smith, dated March 12, 2003; |
| Exhibit 18 | CHRO Merit Assessment Review of CHRO Case No. 0310390, dated August 26, 2003; |
| Exhibit 19 | CHRO Release of Jurisdiction re: Case No. 0310390, dated September 24, 2003; |
| Exhibit 20 | EEOC Dismissal and Notice of Rights to Smith, dated June 18, 2004; |
| Exhibit 21 | Letter dated March 26, 2004 from EEOC to Smith; |
| Exhibit 22 | Letter dated October 23, 2003 from Warden Charles Lee to Smith; |
| Exhibit 23 | State Board of Mediation and Arbitration's Arbitration Award re: Case No. 2004-C-00019, DOC v. Eunice Smith, dated October 17, 2005. |

DEFENDANTS,
STATE OF CONNECTICUT,
DEPARTMENT OF CORRECTION

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Jane B. Emons
Assistant Attorney General
Federal Bar No. ct16515
55 Elm Street - P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Email: jane.emons@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Defendants' Index of Evidence in Support of their Motion For Summary Judgment, was mailed this 10th day of November, 2005, first class postage prepaid to:

Cynthia Jennings, Esq.
The Barrister Law Group
211 State Street, 2nd Floor
Bridgeport, CT  06604

_____
Jane B. Emons
Assistant Attorney General