# United States District Court
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUNICE SMITH, : | CIVIL ACTION NO. 3:03CV00386(AWT) |
| *Plaintiff* : | |
| : | |
| v. : | |
| : | |
| STATE OF CONNECTICUT, : | |
| DEPARTMENT OF CORRECTION, : | |
| *Defendant* : | December 29, 2005 |

### MOTION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 9(b)(1) of the Local Rules of Civil Procedure, Plaintiff hereby request that the deadline for Plaintiff's response to Defendant's Motion for Summary Judgment be extended for an additional twenty days, from *December 30, 2005 to January 20, 2006*. This extension of time is necessitated by: (1) the press of legal business related to Summary Judgment responses on the following federal cases, Vickye Ward v. State of Connecticut, Department of Administrative Services (304CV01217MRK); Charles Lyte v. South Central Ct. Regional Water Authority (304CV01244DJS); as well as the writing of one Appellate brief and preparing for one Appellate argument, in the following cases of Femi Bogle-Assegai v. State of Connecticut, Commission on Human Rights and Opportunities (302CV02292HBF) and Dr. Kuba Assegai v. Town of Bloomfield, (301CV01304SRU).

Cynthia R. Jennings, Esq.,
**THE BARRISTER LAW GROUP, LLC.,**
211 State Street, 2nd Floor ~ Bridgeport ~ CT 06604
Tel: 203-334-4800 ~ Fax: 203-368-6985
Federal Bar No. CT21797

This is plaintiff's third request for extension to file a response to defendant's Motion for Summary Judgment. Plaintiff's counsel attempted to contact counsel for Defendant without success, therefore counsel cannot represent defendants position on this request.

**ORAL ARGUMENT NOT REQUIRED**

**TESTIMONY NOT REQUIRED**

PLAINTIFF

/s/ Cynthia R. Jennings, Esq.,
CYNTHIA R. JENNINGS, ESQ.,
THE BARRISTER LAW GROUP, LLC.,
211 STATE STREET, BRIDGEPORT
CONNECTICUT 06604
TEL: 203-334-4800
FAX: 203-368-6985
Email: Cynthia_Jennings_law@yahoo.com
Federal Bar No. CT21797

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's foregoing Motion to Respond to Defendant's Motion for Summary Judgment was mailed this 29th day of December 2005, to the following counsel of record:

Jane B. Emons (Federal Bar No. 16515)
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
State of Connecticut
55 Elm Street - P.O. Box 120
Hartford, CT  06141-0120

/S/
Cynthia R. Jennings, Esq.