# United States District Court
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUNICE SMITH,                 : | CIVIL ACTION NO. 3:03CV00386(AWT) |
| *Plaintiff* : | |
|                                : | |
| v.                             : | |
|                                : | |
| STATE OF CONNECTICUT,          : | |
| DEPARTMENT OF CORRECTION,      : | |
| *Defendant* : | December 29, 2005 |

### MOTION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 9(b)(1) of the Local Rules of Civil Procedure, Plaintiff hereby request that the deadline for Plaintiff's response to Defendant's Motion for Summary Judgment be extended for an additional twenty days, from *December 30, 2005 to January 20, 2006.* This extension of time is necessitated by: (1) the press of legal business related to Summary Judgment responses on the following federal cases, Vickye Ward v. State of Connecticut, Department of Administrative Services (304CV01217MRK); Charles Lyte v. South Central Ct. Regional Water Authority (304CV01244DJS); as well as the writing of one Appellate brief and preparing for one Appellate argument, in the following cases of Femi Bogle-Assegai v. State of Connecticut, Commission on Human Rights and Opportunities (302CV02292HBF) and Dr. Kuba Assegai v. Town of Bloomfield, (301CV01304SRU).

Cynthia R. Jennings, Esq.,<br>
THE BARRISTER LAW GROUP, LLC.,<br>
211 State Street, 2nd Floor ~ Bridgeport ~ CT 06604<br>
Tel: 203-334-4800 ~ Fax: 203-368-6985<br>
Federal Bar No. CT21797

*[Handwritten notation in left margin: EXTENSION GRANTED, to and including January 20, 2006. It is so ordered. Alvin W. Thompson, U.S.D.J. 1/6/06]*