# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **EUNICE SMITH** : | CIVIL ACTION NO. |
| *Plaintiff* : | 303CV00386(AWT) |
| : | |
| **V.** : | |
| : | |
| : | |
| **STATE OF CONNECTICUT,** : | |
| **DEPARTMENT OF CORRECTIONS, ET AL** : | |
| *Defendant.* : | January 17, 2006 |
| : | |

## MOTION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule of Civ. P. the plaintiff seeks leave of the Court to extend the time within which to respond to defendant's Motion for Summary Judgment, currently due January 20th 2006 to February 20th 2006. Plaintiff has good cause for requesting this second extension. Specifically the press of legal business, related to Appellate Court briefs and hearings, administrative hearings and responses to several Summary Judgment Motions all of which come due around the same time as the Smith response. Summary Judgment responses are due on: <u>Edwards v. Metro North Railroad Co</u>., <u>Presilus Prophete v. Ed Mitchell</u>, <u>Assegai v. Town of Bloomfield</u>, et al., <u>Richardson v. State of Connecticut</u>, et al., <u>Bogle-Assegai v. State of Connecticut</u>, et al., <u>Hassell v. Town of Manchester</u>, <u>King v. State of Connecticut</u>, <u>Barlow v. City of Hartford</u>.

Plaintiff contacted defendant's counsel prior to the submission of this request and was told in no uncertain terms to represent defendant's vehement objection to this request.

**ORAL ARGUMENT NOT REQUESTED**

**TESTIMONY NOT REQUIRED**

                                  Respectfully submitted,

                                  PLAINTIFF

                                  By:  /S/_____  
                                  Cynthia R. Jennings, Esq.,  
                                  The Barrister Law Group, LLC.,  
                                  211 State Street, 2nd Floor  
                                  Bridgeport, Ct 06604  
                                  Tel: 203-334-4800  
                                  Email: Cynthia_Jennings_law@yahoo.com

## **CERTIFICATION**

This is to certify that the foregoing Motion for leave to respond to defendant's Motion for Summary Judgment, was served on defendant's counsel and all pro se parties, as shown below, on this 17$^H$ of January 2006, via regular U.S. mail.

Jane B. Emons
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
State of Connecticut
55 Elm Street – P.O. Box 120
Hartford, CT 06141-0120


/S/_____
Cynthia R. Jennings, Esq.,