## NOTICE OF MANUAL FILING

| | | |
|---|---|---|
| **EUNICE SMITH** | ) | Case No.  3:03-cv-00386-AWT |
| | ) | |
| v. | ) | |
| | ) | |
| State of Connecticut | ) | **Notice of Manual Filing** |
| **Department of Correction, et al** | ) | **February 21, 2006** |

      Please take notice that Eunice Smith has manually filed the Exhibits for Plaintiff's 56(b) Statement of Material Facts.

This document has not been filed electronically because:

[ X ]    the document cannot be converted to an electronic format

The document has been manually served on all parties.

                            Respectfully submitted,


                            **/s/ Cynthia R. Jennings**
                            Cynthia R. Jennings (ct21797)
                            The Barrister Law Group, LLC
                            211 State Street
                            Bridgeport, CT 06604
                            Tel:  203-334-4800
                            Fax: 203-333-7178
                            E-mail: cynthia_jennings_law@yahoo.com