2006 JAN 20 A 11:08

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **EUNICE SMITH** <br> *Plaintiff* | CIVIL ACTION NO. <br> 303CV00386(AWT) |
| V. | |
| **STATE OF CONNECTICUT,** <br> **DEPARTMENT OF CORRECTIONS, ET AL** <br> *Defendant.* | January 17, 2006 |

## MOTION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule of Civ. P. the plaintiff seeks leave of the Court to extend the time within which to respond to defendant's Motion for Summary Judgment, currently due January 20th 2006 to February 20th 2006. Plaintiff has good cause for requesting this second extension. Specifically the press of legal business, related to Appellate Court briefs and hearings, administrative hearings and responses to several Summary Judgment Motions all of which come due around the same time as the Smith response. Summary Judgment responses are due on: <u>Edwards v. Metro North Railroad Co.</u>, <u>Presilus Prophete v. Ed Mitchell</u>, <u>Assegai v. Town of Bloomfield</u>, et al., <u>Richardson v. State of Connecticut</u>, et al., <u>Bogle-Assegai v. State of Connecticut</u>, et al., <u>Hassell v. Town of Manchester</u>, <u>King v. State of Connecticut</u>, <u>Barlow v. City of Hartford</u>.

Extension GRANTED, over objection, to and including ∨ *nunc pro tunc* February 20, 2006. It is so ordered.

ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT    02/27/06