# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **EUNICE SMITH,** | : | CIVIL ACTION |
| | | NO. 3:03CV00386(AWT) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **STATE OF CONNECTICUT,** | : | |
| **DEPARTMENT OF** | : | |
| **CORRECTION,** | : | |
| *Defendant* | : | March 10, 2006 |

## NOTICE OF COMPLIANCE WITH BOND ORDER

The Plaintiff, Eunice Smith, in the above captioned matter, has on this date, March 10, 2006 complied with the Order of the Court, to file a bond, which is attached, with sufficient surety in the sum of $500.00, pursuant to Local Rule 8(a) of the Rules of Civil Procedure for the United States District Of Connecticut.

PLAINTIFF

BY: _____
CYNTHIA R. JENNINGS, ESQ.
THE BARRISTER LAW GROUP, LLC.,
211 State Street, 2nd Floor
Bridgeport, CT 06604
Tel: 203-362-1230  Fax: 203-333-7178
Email: cynjennings@aol.com
Federal Bar No. CT21797

## **CERTIFICATION**

This is to certify that a copy of the foregoing Notice of Compliance to post Bond was sent on March 10, 2006, via first-class mail, to the following counsel of record:

Jane B. Emons, Esq., (Ct. 16515)
Assistant Attorney General
55 Elm Street - P.O. Box 120
Hartford, CT  06141-0120


_____
Cynthia R. Jennings, Esq.,



# BOND FOR COSTS

Bond No. 104616237

KNOW ALL MEN BY THESE PRESENTS, that <u>Eunice Smith of 309 Lyme Street Hartford, CT 06112</u> , as Principal, and <u>Travelers Casualty and Surety Company of America</u>, as Surety, are held and firmly bound unto <u>Council 4, American Federation of State, County and Municipal Employees (Local 1565, AFL-CIO</u>, et al, as Obligees, in the full and just sum of <u>Five Hundred and 00/100 Dollars ($500.00)</u> to be paid unto the said Obligees, its heirs, executors, administrators, successors or assigns, to which payment well and truly to be paid, the said Principal and the said Surety, bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

THE CONDITION OF THIS OBLIGATIONS is such that whereas on <u>February 8, 2006</u> said Principal filed a civil action in the <u>United States District Court for the District of Connecticut</u> against said Obligees, the defendants named therein.

NOW, THEREFORE, if the said Principal shall pay all the costs awarded against her by the court in the said above-described cause, then this obligation shall be null and void.

IN WITNESS whereof said Principal and Surety have hereunto set their hands and seals this <u>23rd</u> day of <u>February, 2006</u>.

Eunice Smith

Travelers Casualty and Surety Company
Of America

By _____
Alta P. Deschaine, Attorney-in-Fact

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
TRAVELERS CASUALTY AND SURETY COMPANY
FARMINGTON CASUALTY COMPANY
Hartford, Connecticut 06183-9062

## POWER OF ATTORNEY AND CERTIFICATE OF AUTHORITY OF ATTORNEY(S)-IN-FACT

KNOW ALL PERSONS BY THESE PRESENTS, THAT TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPANY, corporations duly organized under the laws of the State of Connecticut, and having their principal offices in the City of Hartford, County of Hartford, State of Connecticut, (hereinafter the "Companies") hath made, constituted and appointed, and do by these presents make, constitute and appoint: **Ralph E. Wentworth, John M. DeAngelis, Alta P. Deschaine, of Farmington, Connecticut**, their true and lawful Attorney(s)-in-Fact, with full power and authority hereby conferred to sign, execute and acknowledge, at any place within the United States, the following instrument(s): by his/her sole signature and act, any and all bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking and any and all consents incident thereto *not exceeding the sum of TWO MILLION FIVE HUNDRED THOUSAND ($2,500,000.00) DOLLARS per bond* and to bind the Companies, thereby as fully and to the same extent as if the same were signed by the duly authorized officers of the Companies, and all the acts of said Attorney(s)-in-Fact, pursuant to the authority herein given, are hereby ratified and confirmed.

This appointment is made under and by authority of the following Standing Resolutions of said Companies, which Resolutions are now in full force and effect:

VOTED: That the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her.

VOTED: That the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary.

VOTED: That any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary, or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority.

This Power of Attorney and Certificate of Authority is signed and sealed by facsimile (mechanical or printed) under and by authority of the following Standing Resolution voted by the Boards of Directors of TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPANY, which Resolution is now in full force and effect:

VOTED: That the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such power of attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding upon the Company in the future with respect to any bond or undertaking to which it is attached.

(11-00 $ limits)

IN WITNESS WHEREOF, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPANY have caused this instrument to be signed by their Senior Vice President and their corporate seals to be hereto affixed this 5th day of November, 2002.

STATE OF CONNECTICUT

}SS. Hartford

COUNTY OF HARTFORD

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
TRAVELERS CASUALTY AND SURETY COMPANY
FARMINGTON CASUALTY COMPANY

  

By _____
George W. Thompson
Senior Vice President

On this 5th day of November, 2002 before me personally came GEORGE W. THOMPSON to me known, who, being by me duly sworn, did depose and say: that he/she is Senior Vice President of TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPANY, the corporations described in and which executed the above instrument; that he/she knows the seals of said corporations; that the seals affixed to the said instrument are such corporate seals; and that he/she executed the said instrument on behalf of the corporations by authority of his/her office under the Standing Resolutions thereof.



_____
My commission expires June 30, 2006  Notary Public
Marie C. Tetreault

CERTIFICATE

I, the undersigned, Assistant Secretary of TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPANY, stock corporations of the State of Connecticut, DO HEREBY CERTIFY that the foregoing and attached Power of Attorney and Certificate of Authority remains in full force and has not been revoked; and furthermore, that the Standing Resolutions of the Boards of Directors, as set forth in the Certificate of Authority, are now in force.

Signed and Sealed at the Home Office of the Company, in the City of Hartford, State of Connecticut. Dated this 23rd day of February, 2006.

 

By _____
Kori M. Johanson
Assistant Secretary, Bond

## CORRECTED NOTICE OF MANUAL FILING

Plaintiff **[EUNICE SMITH]**           )       Case No. **[303CV00386(AWT)]**
                                       )
    v.                                 )
                                       )
                                       )
Defendant **[STATE OF CONNECTICUT**    )
**DEPARTMENT OF CORRECTIONS])**        )       March 10, 2006

Please take notice that **[EUNICE SMITH]** has manually filed the **[NOTICE OF COMPLIANCE WITH BOND ORDER]**.

This document has been filed electronically because:

[X]    the document (or thing) cannot be converted to an electronic format

The document has been manually served on all parties.

> Respectfully submitted,
> /s/ [Cynthia R. Jennings, Esq.]
> **Cynthia R. Jennings, Esq.,**
> Cynthia R. Jennings, Esq., (Ct21797)
> THE BARRISTER LAW GROUP, LLC.,
> 211 State Street, 2nd Floor
> Bridgeport, Connecticut 06604
> Phone: (203) 334-4800
> Fax: (203) 333-7178
> E-mail: Cynthia_Jennings_law@yahoo.com

Rev. 2/14/05

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. Mail, to the following counsel of record on this day of 10th day of March 2006 and all pro se parties.

Jane B. Emons, Esq., (Ct. 16515)
Assistant Attorney General
55 Elm Street - P.O. Box 120
Hartford, CT 06141-0120

Cynthia R. Jennings, Esq.,

Rev. 2/14/05