# United States District Court
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUNICE SMITH, | : | CIVIL ACTION |
| *Plaintiff* | : | NO. 3:03-cv-00386(AWT) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF | : | |
| CORRECTION, ET AL. | : | |
| *Defendants* | : | March 28, 2006 |

### MOTION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S REPLY MEMORANDUM TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 9(b)(1) of the Local Rules of Civil Procedure, Plaintiff hereby requests that the deadline for Plaintiff's response to Defendant's Reply Memorandum to Plaintiff's Response to Defendants' Motion for Summary Judgment be extended for an additional twenty-one days, from March 22, 2006 to April 22, 2006. This extension of time is necessitated by: (1) the press of legal business related to a Motion to Dismiss response on the following federal case,  Presilus Prophete v. Ed Mitchell, Inc. (3:05CV00912 WWE); as well as the writing of one Appellate brief and preparing for one Appellate argument, in the following cases of Femi Bogle-Assegai v. State of Connecticut, Commission on Human Rights and Opportunities (302CV02292HBF) and Leonyer Richardson v. State of Connecticut, Et al , (3:02CV00625AVC).

Cynthia R. Jennings, Esq.,<br>
THE BARRISTER LAW GROUP, LLC.,<br>
211 State Street, 2nd Floor ~ Bridgeport ~ CT 06604<br>
Tel: 203-334-4800 ~ Fax: 203-368-6985<br>
Federal Bar No. CT21797

This is plaintiff's first request for extension to file a response to Defendant's Reply Memorandum to Plaintiff's Response to Defendants' Motion for Summary Judgment. Plaintiff's counsel contacted counsel for Defendant who has consented to the requested extension.

**ORAL ARGUMENT NOT REQUIRED**

**TESTIMONY NOT REQUIRED**

                        **PLAINTIFF**

                        _____

**CYNTHIA R. JENNINGS, ESQ.,**
THE BARRISTER LAW GROUP, LLC.,
211 STATE STREET, BRIDGEPORT
CONNECTICUT 06604
TEL: 203-334-4800
FAX: 203-333-7178
Email: Cynthia_Jennings_law@yahoo.com
Federal Bar No. CT21797

## CERTIFICATE OF SERVICE

I hereby certify that on **March 28, 2006**, a copy of foregoing Plaintiff's Extension of Time to Respond to Defendant's Reply Memorandum to Plaintiff's Response to Defendants' Motion for Summary Judgment was sent by regular U.S. Mail to the following Counsel of Record:

Jane B. Emons
Assistant Attorney General
55 Elm Street-P. O. Box 120
Hartford, CT 06141-0120

_____
**CYNTHIA R. JENNINGS, ESQ.,**