UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------x
                              :
EUNICE SMITH                  :
                              :
        Plaintiff,            :
                              :
v.                            :   Civ. No. 3:03CV00386(AWT)
                              :
STATE OF CONNECTICUT          :
DEPARTMENT OF CORRECTIONS,    :
JOHN ARMSTRONG, TERESA LANZ,  :
and ERIC SOUSA,               :
                              :
        Defendants.           :
                              :
------------------------------x
```

**NOTICE AND ORDER**

More than 120 days have elapsed since the Amended Complaint was filed in this case (see Fed. R. Civ. P. 4(m)), but the plaintiff has not made proof of service as to defendants John Armstrong, Teresa Lanz, and Eric Sousa as required by Fed. R. Civ. P. 4(l).

Accordingly, the plaintiff is hereby ordered to make proper service and proof of service in accordance with the Federal Rules of Civil Procedure by no later than February 2, 2007 and to file a memorandum by no later than February 2, 2007 showing good cause for failure to comply with the requirements of Rule 4(m).

Failure to comply with this Order will result in dismissal pursuant to Fed. R. Civ. P. 41(b).

It is so ordered.

Dated this 20th day of January 2007 at Hartford, Connecticut.

/s/AWT<br>
Alvin W. Thompson<br>
United States District Judge