UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
--------------------------------x
                                :
EUNICE SMITH                    :
                                :
        Plaintiff,              :
                                :
v.                              :    Civ. No. 3:03CV00386(AWT)
                                :
STATE OF CONNECTICUT DEPARTMENT :
OF CORRECTION, JOHN ARMSTRONG,  :
TERESA LANZ, and ERIC SOUSA,    :
                                :
        Defendants.             :
                                :
--------------------------------x
```

**ORDER DISMISSING CASE RE THE INDIVIDUAL DEFENDANTS**

On January 20, 2007, the court issued a Notice and Order (Doc. No. 87) providing that the case against the individual defendants would be dismissed if the plaintiff failed to, by February 2, 2007, make proper service and proof of service in addition to filing a memorandum showing good cause for failure to comply with the requirements of Rule 4(m). The plaintiff has not complied with the Notice and Order, and the court has received notice from the plaintiff that the plaintiff is not pursuing the claims against the individual defendants. Accordingly, the claims against the individual defendants are hereby DISMISSED pursuant to Fed. R. Civ. P. 41(b).

It is so ordered.

Dated this 6th day of February 2007 at Hartford, Connecticut.

/s/AWT
Alvin W. Thompson
United States District Judge