UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **EUNICE SMITH** : | |
| *Plaintiff* : | CIVIL NO. 3:03-cv-00386-AWT |
| : | |
| **V.** : | |
| : | |
| **State of Connecticut** : | |
| **Department of Corrections** : | |
| : | |
| *Defendant.* : | April 3, 2007 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO FILE JOINT TRIAL MEMO**

Plaintiff respectfully requests a 30 day extension to file a Joint Trial Memo in the above matter, from April 9, 2007 to May 9, 2007. Defendant's counsel consents to this request, in that settlement discussions are taking place, and final settlement of this case and a stipulated withdrawal of all claims in this matter is imminent.

FOR PLAINTIFF

_____/S/_____
Cynthia R. Jennings (ct21797)
The Barrister Law Group, LLC
211 State Street
Bridgeport, CT 06604
Tel: 203-334-4800
Fax: 203-333-7178
Email: cynthia_jennings_law@yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **EUNICE SMITH** | : | |
| *Plaintiff* | : | **CIVIL NO. 3:03-cv-00386-AWT** |
| | : | |
| **V.** | : | |
| | : | |
| **State of Connecticut** | : | |
| **Department of Corrections** | : | |
| | : | |
| *Defendant.* | : | **April 3, 2007** |
| | : | |

## CERTIFICATION

I hereby certify that on April 3, 2007, a copy of foregoing Motion For Extension of Time to File Joint Trial Memo was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ **CYNTHIA R. JENNINGS**
Cynthia R. Jennings (Fed. Bar. No. ct21797)
THE BARRISTER LAW GROUP, LLC
211 State Street
Bridgeport, CT 06604
Phone: (203)334-4800
Fax: (203)333-7178
E-mail: cynthia_jennings_law@yahoo.com