UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **EUNICE SMITH** | : | |
| *Plaintiff* | : | CIVIL NO. 3:03-cv-00386-AWT |
| | : | |
| **V.** | : | |
| | : | |
| **State of Connecticut** | : | |
| **Department of Corrections** | : | |
| | : | |
| *Defendant.* | : | May 1, 2007 |
| | : | |

PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME
TO FILE JOINT TRIAL MEMO

Plaintiff respectfully requests an additional seven (7) day extension to file a Joint Trial Memo in the above matter, from May 9, 2007 to May 16, 2007. Defendant's counsel consents to this request. Plaintiff's counsel has had a death of a close family member, and requests an extension of time to assist in funeral arrangements, attendance at the funeral and bereavement time with family members. The funeral is scheduled for Friday, April 4, 2007 in New Britain, Connecticut.

FOR PLAINTIFF

_____/S/_____
Cynthia R. Jennings (ct21797)
The Barrister Law Group, LLC
211 State Street
Bridgeport, CT 06604
Tel: 203-334-4800
Fax: 203-333-7178
Email: cynthia_jennings_law@yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **EUNICE SMITH** | : | |
| *Plaintiff* | : | CIVIL NO. 3:03-cv-00386-AWT |
| | : | |
| **V.** | : | |
| | : | |
| **State of Connecticut** | : | |
| **Department of Corrections** | : | |
| | : | |
| *Defendant.* | : | May 1, 2007 |
| | : | |

**CERTIFICATION**

I hereby certify that on May 1, 2007, a copy of foregoing Motion For Extension of Time to File Joint Trial Memo was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ **CYNTHIA R. JENNINGS**
Cynthia R. Jennings (Fed. Bar. No. ct21797)
THE BARRISTER LAW GROUP, LLC
211 State Street
Bridgeport, CT 06604
Phone: (203)334-4800
Fax: (203)333-7178
E-mail: cynthia_jennings_law@yahoo.com