UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUNICE SMITH | : |
| VS. | :    3:03cv386(AWT) |
| DEPARTMENT OF CORRECTION | :    MAY 13, 2007 |

**MOTION FOR EXTENSION OF TIME TO FILE JOINT TRIAL MEMORANDUM**

The plaintiff respectfully moves for an extension of time until June 15, 2007, to file the Joint Trial Memorandum in this case. In support of this motion, she represents as follows:

1. The Joint Trial Memorandum is due on May 16, 2007.

2. The time for filing the Joint Trial Memorandum was extended previously at the request of counsel for the plaintiff.

3. The undersigned was retained to take over this case for the plaintiff on May 10, 2007, and has today filed an appearance on her behalf.

4. The undersigned has not yet received the file from prior counsel.

1

        THE PLAINTIFF


BY: _____/s/_____
      JOHN R. WILLIAMS (ct00215)
      51 Elm Street
      New Haven, CT 06510
      203.562.9931
      Fax: 203.776.9494
      jrw@johnrwilliams.com
      Her Attorney


<u>CERTIFICATION OF SERVICE</u>

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


          /s/_____
JOHN R. WILLIAMS