UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUNICE SMITH, | : | CIVIL ACTION NO. 3:03-cv-00386(AWT) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF | : | |
| CORRECTION, ET AL. | : | |
| *Defendants* | : | MAY 14, 2007 |

## MOTION FOR PERMISSION TO WITHDRAW
## AS COUNSEL FOR THE PLAINTIFF

Pursuant to Local Rule 15, the undersigned attorney, Cynthia R. Jennings hereby moves for permission to withdraw from the instant matter as counsel for Plaintiff. The plaintiff has obtained John R. Williams as substitute counsel in this matter. Attorney Williams filed an appearance in this matter on May 13, 2007. I am respectfully requesting that the Court grant my request to withdraw as counsel for the plaintiff.

**TESTIMONY NOT REQUIRED**

**ORAL ARGUMENT IS NOT REQUESTED**

               PLAINTIFF

               By:_____/S/_____
               CYNTHIA R. JENNINGS, ESQ.,
               THE BARRISTER LAW GROUP, LLC
               211 State Street
               Bridgeport, CT 06604
               Tel: 203-334-4800
               Fax: 203-368-6985
               Email: cynthia_jennings_law@yahoo.com
               Federal Bar. No. ct21797

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUNICE SMITH, | : | CIVIL ACTION NO. 3:03CV00386(AWT) |
| *Plaintiff* | : | |
| | : | |
| vi. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF | : | |
| CORRECTION, ET AL. | : | |
| *Defendants* | : | MAY 14, 2007 |

**CERTIFICATION**

I hereby certify that on May 14, 2007, a copy of the Motion to Withdraw as Counsel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ **CYNTHIA R. JENNINGS**
Cynthia R. Jennings (Fed. Bar. No. ct21797)
THE BARRISTER LAW GROUP, LLC
211 State Street
Bridgeport, CT 06604
Phone: (203)334-4800
Fax: (203)333-7178
E-mail: cynthia_jennings_law@yahoo.com