UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUNICE SMITH | : | |
| VS. | : | 3:03cv386(AWT) |
| DEPARTMENT OF CORRECTION | : | JUNE 15, 2007 |

### MOTION FOR FURTHER EXTENSION OF TIME TO FILE JOINT TRIAL MEMORANDUM

The plaintiff respectfully moves for an additional extension of time until June 22, 2007, to file the Joint Trial Memorandum in this case. In support of this motion, she represents as follows:

1. The Joint Trial Memorandum is due today.

2. The time for filing the Joint Trial Memorandum was extended previously at the request of counsel for the plaintiff.

3. The undersigned was retained to take over this case for the plaintiff on May 10, 2007, and was granted an extension of time until June 15, 2007, to file the Joint Trial Memorandum.

4. The undersigned was unexpectedly placed on trial before Hon. Peter C. Dorsey on June 11, which trial did not conclude until late in the day on June 13. As a result, completion of the Joint Trial Memorandum was delayed.

1

5. Counsel for the defendant has no objection to this motion.

                            THE PLAINTIFF

                            BY:_____/s/_____
                                  JOHN R. WILLIAMS (ct00215)
                                  51 Elm Street
                                  New Haven, CT 06510
                                  203.562.9931
                                  Fax:  203.776.9494
                                  jrw@johnrwilliams.com
                                  Her Attorney

<u>CERTIFICATION OF SERVICE</u>

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                            _____/s/_____
                            JOHN R. WILLIAMS