**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| EUNICE SMITH | : | CIVIL NO. 3 :03CV0386(AWT) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF CORRECTION | : | |
| *Defendant* | : | February 7, 2008 |

**<u>APPEARANCE</u>**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF CONNECTICUT:

Please enter my appearance as attorney for the defendant, State of Connecticut

Department of Correction, in the above-referenced matter in addition to the appearance of

Assistant Attorney General Jane B. Emons already on file.

Dated at Hartford, Connecticut this 7th day of February, 2008.

DEFENDANT,

RICHARD BLUMENTHAL
ATTORNEY GENERAL


By:    /s/ *Joseph A. Jordano*_____
       Joseph A. Jordano
       Assistant Attorney General
       55 Elm Street, P.O. Box 120
       Hartford, CT  06141-0120
       Tel:  (860) 808-5340
       Fax.: (860) 808-5383
       Email:  Joseph.Jordano@po.state.ct.us
       Federal Bar # ct21487

## CERTIFICATION

I hereby certify that on February 7, 2008 a copy of the foregoing Notice of Appearance was filed electronically.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/_*Joseph A. Jordano*_____
Joseph A. Jordano (# ct21487)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us