# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT HARTFORD
February 6, 2007
Roberts D. Tabora
By S.L. Smith

## APPEARANCE

CASE NUMBER: 303cv386

To the Clerk of this court and all parties of record:

Smith v. DOC

Enter my appearance as counsel in this case for:

___2/6/07___
Date

___26701___
Connecticut Federal Bar Number

___203-562-9931___
Telephone Number

___203-776-9494___
Fax Number

___rserafinowicz@johnrwilliams.com___
E-mail address

[Signature]
Signature

___Rob Serafinowicz___
Print Clearly or Type Name

___51 Elm St #409___
Address

___New Haven CT 06510___

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

[Signature]
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001