UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
                               :
EUNICE SMITH                   :
                               :
        Plaintiff,             :
                               :
v.                             :   Civ. No. 3:03CV00386(AWT)
                               :
STATE OF CONNECTICUT           :
DEPARTMENT OF CORRECTION,      :
                               :
        Defendant.             :
                               :
-------------------------------x
```

## CORRECTION TO MINUTE ENTRY

The defendant, State of Connecticut Department of Correction ("DOC"), filed motions in limine which were not docketed as separate motions because they were included in the parties' joint trial memorandum. (See Joint Trial Mem. (Doc. No. 103) at 44-55). At the final pretrial conference in this case held on February 6, 2008, after discussion on the record with counsel for both parties, the court granted the defendants' motions in limine, absent objection. The minute entry for the final pretrial conference held on February 6, 2008 (Doc. No. 105) is hereby corrected to reflect that the defendants' motions in limine were granted at that conference.

It is so ordered.

Dated this 24th day of April 2008 at Hartford, Connecticut.

/s/AWT
Alvin W. Thompson
United States District Judge