UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EUNICE SMITH                          :

VS.                                   :          3:03cv386(AWT)

DEPARTMENT OF CORRECTION      :          APRIL 27, 2008

## MOTION TO STRIKE

The plaintiff moves to strike Motions in Limine docketed shortly after midnight on Saturday, April 26, 2008, to wit: Motion in Limine # 110, Motion in Limine # 111, Motion in Limine # 112, Motion in Limine # 113, and Motion in Limine # 114 for the following reasons:

1.  No such motions ever were filed in this court.

2.  The court has allowed the plaintiff until July 10, 2007, a date which expired more than nine months ago, to respond to such motions.

3.  The Chambers Practices of this court expressly state: "Any motions in limine should be filed *with* the trial memorandum."  The trial memorandum in this case was filed on June 19, 2007, and no motions were filed with that trial memorandum.  The trial memorandum contained within its body the statement that the defendant was going to make various in limine motions, but no such

motions were filed either at the time the Trial Memorandum was filed or at any

other time.

     4.  The plaintiff has explained in her Motion for Order, filed today, why any

such motions in limine are without merit.


                THE PLAINTIFF


                BY:_____/s/_____
                    JOHN R. WILLIAMS (ct00215)
                    51 Elm Street
                    New Haven, CT 06510
                    203.562.9931
                    Fax:  203.776.9494
                    jrw@johnrwilliams.com
                    Her Attorney


CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and
served by mail on anyone unable to accept electronic filing.  Notice of this filing
will be sent by e-mail to all parties by operation of the Court's electronic filing
system or by mail to anyone unable to accept electronic filing as indicated on the
Notice of Electronic Filing.  Parties may access this filing through the Court's
CM/ECF System.


              _____/s/_____
              JOHN R. WILLIAMS