≈AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____  DISTRICT OF  _____

**APPEARANCE**

Case Number: 303CV 386 (AWT)

[Filed stamp: United States District Court, District of Connecticut, FILED AT HARTFORD, 4/28/2008, Roberta D. Tabora, Clerk]

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    The Plaintiff

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/28/08 | _[signature]_ |
| Date | Signature |
| | Joseph M. Merly    ct21366 |
| | Print Name    Bar Number |
| | 51 Elm St. |
| | Address |
| | New Haven, CT    06510 |
| | City    State    Zip Code |
| | (203) 562-9931    (203) 776-9494 |
| | Phone Number    Fax Number |