CV-JurySel(April l2, 2004)

HONORABLE **Judge Thompson**
DEPUTY CLERK **Joanne Pesta**          RPTR/ERO/TAPE **C. Thompson**

TOTAL TIME: **5** hours **6** minutes

DATE **April 28, 2008**    START TIME **9:19 a.m.**    END TIME **4:40 p.m.**
LUNCH RECESS FROM **11:54 a.m.** TO **12:55 p.m.**
RECESS FROM **2:05 p.m.** TO **3:19 p.m.** (if more than 1/2 hour)

===============================================
CIVIL NO. **3:03-cv-386(AWT)**

| SMITH | § | **John Morely** |
| | § | Plaintiffs Counsel |
| vs. | § | ☐ SEE ATTACHED CALENDAR FOR COUNSEL |
| | § | **Joe Jordano & Jane Emons** |
| DEPT OF CORRECTIONS | § | Defendants Counsel |

===============================================

## CIVIL JURY SELECTION/CALENDAR CALL

- ☐ ....... ☐ Call of the Calendar held  ☐ Call of the Calendar over to _____
- ■ ....... ■ Jury Selection held  ☐ Jury Selection continued until _____
- ■ ..... **#119** Motion **in limine** ....................... ■ granted ☐ denied ☐ advisement
- ■ ..... **#117** Motion **to strike Motions in limine** ...... ☐ granted ■ denied ☐ advisement
- ■ ..... **#118** Motion **for Reconsideration** ............... ☐ granted ■ denied ☐ advisement
- ■ ..... **#116** Motion **for order allowing plaintiff to present case** ☐ granted ■ denied ☐ advisement
- ■ ....... **Notice of Attorney Appearance by John Morely**  ■ filed ☐ docketed
- ☐ ....... _____  ☐ filed ☐ docketed
- ☐ ....... _____  ☐ filed ☐ docketed
- ■ ....... **70** # jurors present
- ■ ....... Voir Dire oath administered by Clerk ☐ previously administered by Clerk
- ☐ ....... Voir Dire by Court
- ■ ....... Peremptory challenges exercised (See attached)
- ■ ....... Jury of **9** drawn (See attached) ☐ and sworn ☐ Jury Trial commences
- ■ ....... Remaining jurors excused
- ☐ ....... Discovery deadline set for _____
- ☐ ....... Disposition Motions due _____
- ☐ ....... Joint trial memorandum due _____
- ■ ....... Trial continued until **April 29, 2008** at **9:30 a.m.**

■ COPY TO: JURY CLERK