UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUNICE SMITH | : | CIVIL NO. 3 :03CV0386(AWT) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF CORRECTION | : | |
| *Defendant* | : | April 30, 2008 |

## DEFENDANT'S SUPPLEMENTAL JURY INSTRUCTION

COMES NOW the defendant and requests a supplemental instruction on the plaintiff's Title VII retaliation case.

### INSTRUCTION

Under the law, an employer does not violate the anti-retaliation provision of Title VII when it takes adverse employment action against an employee to preserve a workplace environment that is governed by rules, subject to a chain of command, free of commotion and conducive to the work of the enterprise.[1]

---

[1] Matima v. Celli, 228 F.3d 68, 79 (2d Cir. 2000).

DEFENDANT,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: /s/ *Joseph A. Jordano*
Joseph A. Jordano
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax.: (860) 808-5383
Email: Joseph.Jordano@po.state.ct.us
Federal Bar # ct21487

## CERTIFICATION

I hereby certify that on April 30, 2008 a copy of the foregoing Defendant's Supplemental Jury Instruction was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Joseph A. Jordano*
Joseph A. Jordano (# ct21487)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us