Cr.-Trial(April 12, 2004)

HONORABLE: _THOMPSON_____

DEPUTY CLERK: GLYNN/GOTHERS__ RPTR/ERO/TAPE __HUNTINGTON, D.

TOTAL TIME: _4_ hours _15_ minutes

DATE ____4/29/08    START TIME: 9:20  END TIME _4:35_
LUNCH RECESS FROM ___12:30_____ TO ____1:30_____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

EUNICE SMITH                        CIVIL NO.- 3:03cv386 AWT

                                       §
                                       §                    JOHN WILLIAMS,
                                       §                    Plaintiffs Counsel
            vs.                        §        ☐ SEE ATTACHED CALENDAR FOR COUNSEL
                                       §           JOSEPH JORDANO/JANE EMONS
STATE OF CT, DEPARTMENT OF CORRECTIONS §              Defendants Counsel

## CIVIL JURY/COURT TRIAL

■ . . . . . . . .    Jury of ___9____ report (see attached) ■ Jury sworn
■ . . . . . . . .    ■ Jury Trial held  ■ Jury Trial continued until _4/30/08_ at _9:30 a.m._
☐ . . . . . . . .    ☐ Court Trial held  ☐ Court Trial continued until _____ at _____
☐ . . . . . . . .    Court Trial concluded ☐ DECISION RESERVED  ☐ SEE reverse for verdict
☐ . . . . #____      Motion _____  ☐ granted ☐ denied ☐ advisement
☐ . . . . #____      Motion _____  ☐ granted ☐ denied ☐ advisement
☐ . . . . #____      Motion _____  ☐ granted ☐ denied ☐ advisement
☐ . . . . #____      Motion _____  ☐ granted ☐ denied ☐ advisement
■ . . . .Defts.      Oral Motion to sequester witnesses      ■ granted ☐ denied ☐ advisement
☒ . . . .            Oral Motion Rule 50 (Title 7) granted in part  ☒ granted ☐ denied ☒ advisement under
☐ . . . .            Oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ . . . .            Oral motion _____  ☐ granted ☐ denied ☐ advisement
☒ . . . .            ① → granted only as to hostile work environment   ☐ filed ☐ docketed
☐ . . . .            _____  ☐ filed ☐ docketed
☐ . . . .            ② claim - disparate treatment under advisement  ☐ filed ☐ docketed
☐ . . . .            ③ claim - retaliation - under advisment  ☐ filed ☐ docketed
☐ . . . .            _____  ☐ filed ☐ docketed
☐ . . . .            _____  ☐ filed ☐ docketed
☐ . . . .            _____  ☐ filed ☐ docketed
☒ . . . .            ☒ Plaintiff(s) rests ☐ Defense rests
☐ . . . .            Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ . . . .            ☐ Summation held ☐ Court's Charge to the Jury
☐ . . . .            All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
☐ . . . .            Jury commences deliberations at _____
☐ . . . .            Court orders Jury to be fed at Govt. expense (see attached bill)
☐ . . . . . . . .    SEE ☐ reverse ☐ attached

                     ■ COPY TO: JURY CLERK (JURY TRIALS ONLY)

VERDICT

☐ . . . . . . . .    Court declares MISTRIAL

☐ . . . . . . .    Verdict Form filed

☐ . . . . . . . .    VERDICT:_____

_____

_____

_____

_____

_____

☐ . . . . . . . .    Court accepts verdict and orders verdict verified and recorded

☐ . . . . . . . .    Jury polled

## MISCELLANEOUS PROCEEDINGS