HONORABLE: THOMPSON                                    Civ-Trial(April 12, 2004)
DEPUTY CLERK: GLYNN/GOTHERS   RPTR/ERO/TAPE HUNTINGTON, D.
TOTAL TIME: 7 hours 15 minutes

DATE 4/29/08   START TIME: 9:20   END TIME 4:35
LUNCH RECESS FROM 12:30 TO 1:30
RECESS FROM _____ TO _____ (if more than 1/2 hour)

---

EUNICE SMITH

CIVIL NO.- 3:03cv386 AWT

JOHN WILLIAMS,
Plaintiffs Counsel

vs.

☐ SEE ATTACHED CALENDAR FOR COUNSEL

STATE OF CT, DEPARTMENT OF CORRECTIONS

JOSEPH JORDANO/JANE EMONS
Defendants Counsel

## CIVIL JURY/COURT TRIAL

■ Jury of __9__ report (see attached) ■ Jury sworn
■ Jury Trial held ■ Jury Trial continued until 4/30/08 at 9:30 a.m.
☐ Court Trial held ☐ Court Trial continued until ____ at ____
☐ Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
■ Oral Motion to sequester witnesses ■ granted ☐ denied ☐ advisement
☒ Oral Motion Rule 50 (Title 7) granted in part ☒ granted ☐ denied ☒ advisement (3 claims taken under)
Oral motion _____ ☐ granted ☐ denied ☐ advisement
☒ Oral motion _____ ☐ granted ☐ denied ☐ advisement

→ granted only as to hostile work environment

② claim - disparate treatment under advisement ☐ filed ☐ docketed
③ claim - Retaliation - under advisement ☐ filed ☐ docketed
                                          ☐ filed ☐ docketed
                                          ☐ filed ☐ docketed
                                          ☐ filed ☐ docketed
                                          ☐ filed ☐ docketed

☒ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

■ COPY TO: JURY CLERK (JURY TRIALS ONLY)

# VERDICT

☐ . . . . . . . .   Court declares MISTRIAL

☐ . . . . . .   Verdict Form filed

☐ . . . . . . . .   VERDICT:_____

_____

_____

_____

_____

_____

☐ . . . . . . . .   Court accepts verdict and orders verdict verified and recorded

☐ . . . . . . . .   Jury polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____