Civ-Trial(April 12, 2004)

HONORABLE ___ THOMPSON
DEPUTY CLERK: GLYNN/GOTHERS___ RPTR/ERO/TAPE :THOMPSON, C.___

TOTAL TIME: **3** hours **32** minutes

DATE: 4/30/08    START TIME **9:30**    END TIME **2:15**
LUNCH RECESS FROM **12:22** TO **1:45**
RECESS FROM _____ TO _____ (if more than 1/2 hour)

EUNICE SMITH                    CIVIL NO.-3:03cv386 AWT

§                         JOHN WILLIAMS,___
§                              Plaintiffs Counsel
vs.              §              ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§                         JORDANO/EMONS,
STATE OF CT, DEPARTMENT OF CORRECTIONS    §    Defendants Counsel

## CIVIL JURY/COURT TRIAL

■ . . . . . . . . Jury of ___9___ report (see attached) ☐ Jury sworn
■ . . . . . . . . ■ Jury Trial held ☒ Jury Trial continued until **5/1/2008** at **9:00 a.m.**
☐ . . . . . . . . ☐ Court Trial held ☐ Court Trial continued until _____ at _____
☐ . . . . . . . . Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☐ . . . . # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ . . . . # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ . . . . # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ . . . . # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☒ . . . Dfts 135 Oral Motion Re: Rule 50 as to Disparate claim ☒ granted ☐ denied ☐ advisement
☒ . . . Dfts 136 Oral Motion RE: Rule 50 as to Retaliation Claim ☐ granted ☐ denied ☒ advisement
☐ . . . . Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ . . . . Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ . . . . . . . . _____ ☐ filed ☐ docketed
☐ . . . . . . . . _____ ☐ filed ☐ docketed
☐ . . . . . . . . _____ ☐ filed ☐ docketed
☐ . . . . . . . . _____ ☐ filed ☐ docketed
☐ . . . . . . . . _____ ☐ filed ☐ docketed
☐ . . . . . . . . _____ ☐ filed ☐ docketed
☐ . . . . . . . . _____ ☐ filed ☐ docketed
☒ . . . . . . . . ☐ Plaintiff(s) rests ☒ Defense rests
☐ . . . . . . . . Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ . . . . . . . . ☐ Summation held ☐ Court's Charge to the Jury
☐ . . . . . . . . All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
☐ . . . . . . . . Jury commences deliberations at _____
☐ . . . . . . . . Court orders Jury to be fed at Govt. expense (see attached bill)
☐ . . . . . . . . SEE ☐ reverse ☐ attached

☒ COPY TO: JURY CLERK (JURY TRIALS ONLY)

VERDICT

☐ . . . . . . . . .    Court declares MISTRIAL

☐ . . . . . . .    Verdict Form filed

☐ . . . . . . . . .    VERDICT:_____

_____

_____

_____

_____

_____

☐ . . . . . . . . .    Court accepts verdict and orders verdict verified and recorded

☐ . . . . . . . . .    Jury polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____