Civ-Trial(April 12, 2004)

HONORABLE ___THOMPSON___

TOTAL TIME: **2** hours **09** minutes    DEPUTY CLERK: GOTHERS___ RPTR/ERO/TAPE: THOMPSON, C./HUNTINGTON ✓

DATE: 5/1/08    START TIME **9:55 am**    END TIME **4:38**
LUNCH RECESS FROM _____ TO _____
RECESS FROM **12:35** TO **1:54** _ (if more than 1/2 hour)

---

EUNICE SMITH

CIVIL NO.-3:03cv386 AWT

§
§                                   JOHN WILLIAMS,___
§                                   Plaintiffs Counsel
vs.                    §    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§                                   JORDANO/EMONS,
STATE OF CT, DEPARTMENT OF CORRECTIONS    §    Defendants Counsel
§

---

### CIVIL JURY/COURT TRIAL

■ Jury of __9__ report (see attached) ☐ Jury sworn
■ Jury Trial held ☒ Jury Trial continued until **5/2/2008** at **9:00 am**
☐ Court Trial held ☐ Court Trial continued until _____ at _____
☐ Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

\# Motion _____ ☐ granted ☐ denied ☐ advisement
\# Motion _____ ☐ granted ☐ denied ☐ advisement
\# Motion _____ ☐ granted ☐ denied ☐ advisement
\# Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement

_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☒ Summation held ☒ Court's Charge to the Jury
All full exhibits, ☒ Verdict Form handed to the jury ☒ Interrogatories to the Jury handed to the jury
Jury commences deliberations at **12:55**
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☒ COPY TO: JURY CLERK (JURY TRIALS ONLY)

## VERDICT

☐ . . . . . . . .   Court declares MISTRIAL

☐ . . . . . . .    Verdict Form filed

☐ . . . . . . . .   VERDICT:_____

_____

_____

_____

_____

_____

☐ . . . . . . . .   Court accepts verdict and orders verdict verified and recorded

☐ . . . . . . . .   Jury polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____