AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

EUNICE SMITH

V.

STATE OF CT., DEPT. OF CORRECTIONS

PH7.

**EXHIBIT AND WITNESS LIST**

Case Number: 3:03cv386 AWT

| PRESIDING JUDGE THOMPSON | PLAINTIFF'S ATTORNEY JOHN WILLIAMS | DEFENDANT'S ATTORNEY JORDANO/EMONS |
|---|---|---|
| TRIAL DATE (S) 4/29/08 + | COURT REPORTER HUNTINGTON, D. | COURTROOM DEPUTY GLYNN/GOTHERS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/29/08 | | | Eunice Smith, Alabama |
| 2 | | 4/29/08 | | | Bruce Denby, Hartford, CT |
| 3 | | 4/29/08 | | | James Outlaw, New Haven, CT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

*(Filed stamp: United States District Court, District of Connecticut, FILED AT HARTFORD 4/29/2008, Roberta D. Tabora, Clerk, By _____ Deputy Clerk)*