AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

EUNICE SMITH

V.

STATE OF CT, DEPT. OF CORRECTIONS

P14~5.  **EXHIBIT AND WITNESS LIST**

Case Number:  3:03CV386 AWT

| PRESIDING JUDGE THOMPSON | | PLAINTIFF'S ATTORNEY JOHN WILLIAMS | DEFENDANT'S ATTORNEY JORDANO/EMONS |
|---|---|---|---|
| TRIAL DATE(S) 4/29/08 + | | COURT REPORTER HUNTINGTON, D. | COURTROOM DEPUTY GLYNN/GOTHERS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | 4/29/08 | F | 4/29/08 | NP-4 Performance Appraisal - 3/1/97-2/28/98 |
| 3 | | 4/29/08 | F | 4/29/08 | NP-4 Performance Appraisal - 3/1/98-2/28/99 |
| 4 | | 4/29/08 | F | 4/29/08 | NP-4 Performance Appraisal - 3/1/99-2/29/00 |
| 5 | | 4/29/08 | F | 4/29/08 | NP-4 Performance Appraisal - 3/1/00-2/29/01 |
| 6 | | 4/29/08 | F | 4/29/08 | NP-4 Performance Appraisal - 3/1/01-2/28/02 |
| 7 | | 4/29/08 | F | 4/29/08 | NP-4 Performance Appraisal - 3/1/02-2/28/03 |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | 4/29/08 | F | 4/29/08 | Letter dated 3/5/02 by Eunice Smith- (CHRO) |
| 12 | | 4/29/08 | F | 4/29/08 | Letter dated March 26, 2002 by Eunice Smith |
| 13 | | 4/29/08 | F | 4/29/08 | Letter dated April 2, 2002 To: Smith From: Nora Ryan |
| 14 | | 4/29/08 | F | 4/29/08 | Employee Pre-Disciplinary Conference Notice |
| 15 | | 4/29/08 | F | 4/29/08 | Memo: To Munroe - From: Nora Ryan - Dated 4/12/02 |
| 16 | | 4/29/08 | F | 4/29/08 | June 13, 2002 letter to Eunice Smith - From: Peter Murphy |
| 17 | | 4/29/08 | ID | | Letter dated 7/8/02-To: Rosenbaum From: Smith |
| 18 | | | | | |
| 19 | | 4/29/08 | F | 4/29/08 | Letter dated 10/14/2002 To: Arpin From: Smith |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | 4/30/08 | F | 4/30/08 | Report 1/17/03 3 pages |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of \_\_\_\_\_ Pages

AO 187A (Rev. 7/87)                **EXHIBIT AND WITNESS LIST – CONTINUATION**

| EUNICE SMITH | | | | VS. | ST OF CT, DEPT OF CORR | CASE NO. 3:03cv386 AWT |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 23 | | 4/29/08 | F | 4/29/08 | Incident Report 1/17/03   ADMITTED FOR A LIMITED PURPOSE ONLY | |
| 24 | | 4/29/08 | F | 4/29/08 | Incident Report 1/17/03   ADMITTED FOR A LIMITED PURPOSE ONLY | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | 4/29/08 | F | 4/29/08 | Letter dated 1/17/03; To: Smith – From: Acosta | |
| 29 | | | | | | |
| 30 | | | | | | |
| 31 | | | | | | |
| 32 | | 4/29/08 | F | 4/29/08 | Interview Statement 4/22/03  ADMITTED FOR A LIMITED PURPOSE ONLY | |
| 33 | | | | | | |
| 34 | | | | | | |
| 35 | | | | | | |
| 36 | | 4/29/08 | F | 4/29/08 | Employee Pre-Disciplinary Conference Notice | |
| 37 | | | | | | |
| 38 | | | | | | |
| 39 | | | | | | |
| 40 | | 4/29/08 | F | 4/29/08 | Letter dated 10/23/03 - To: Smith - From: Charles Lee, Warden | |
| 41 | | 4/29/08 | F | 4/29/08 | Letter dated 11/3/03 - To: Smith - From: Patricia Silva | |
| 42 | | | | | | |
| 43 | | 4/29/08 | F | 4/29/08 | Copy of Partial Transcript dated 8/3/05 | |
| 44 | | | | | | |
| 45 | | | | | | |
| 46 | | | | | | |
| 47 | | | | | | |
| 48 | | | | | | |
| 49 | | 4/30/08 | F | 4/30/08 | Incident Report 2/2/02 | |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

Eunice Smith vs. St. of CT, Det. Corr.   CASE NO. 3:03CV 386 AWT

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 50 | | 4/30/08 | F | 4/30/08 | Incident Report 3/22/02 |
| 51 | | 4/30/08 | F | 4/30/08 | Incident Report - 1/7/02 |
| 52 | | 4/30/08 | F | 4/30/08 | Stipulated Agreement 10/27/03 |

Page _____ of _____ Pages