AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

EUNICE SMITH
V.
STATE OF CT., DEPT. OF CORRECTIONS

**DEFTS EXHIBIT AND WITNESS LIST**

Case Number: 3:03cv386 AWT

| PRESIDING JUDGE THOMPSON | PLAINTIFF'S ATTORNEY JOHN WILLIAMS | DEFENDANT'S ATTORNEY JORDANO/EMONS |
|---|---|---|
| TRIAL DATE(S) 4/29/08 + | COURT REPORTER Thompson, C. / HUNTINGTON, D. | COURTROOM DEPUTY GLYNN/GOTHERS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 4/30/08 |  |  | Peter J. Murphy, Warden, Suffield, CT |
|  | 2 | 4/30/08 |  |  | Matthew Gunsalus, CT |
|  | 3 | 4/30/08 |  |  | Daniel Callahan, CT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages