AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF

*United States District Court*
*District of Connecticut*
*FILED AT HARTFORD*
*Roberta D...*
*By CONNCA... Tabala, Clerk*
*Deputy Clerk*
*4/30/2008*

EUNICE SMITH

**DEFTS EXHIBIT AND WITNESS LIST**

V.

STATE OF CT., DEPT. OF CORRECTIONS

Case Number: 3:03cv386 AWT

| PRESIDING JUDGE THOMPSON | | PLAINTIFF'S ATTORNEY JOHN WILLIAMS | | | DEFENDANT'S ATTORNEY JORDANO/EMONS |
|---|---|---|---|---|---|
| TRIAL DATE (S) 4/29/08 + | | COURT REPORTER HUNTINGTON, D. (Thompson) | | | COURTROOM DEPUTY GLYNN/GOTHERS |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 1 | | | | |
| | 2 | | ✓ | | |
| | 3 | 4/29/08 | F | 4/29/08 | Application to store weapon at DOC |
| | 4 | | | | |
| | 5 | | | | |
| | 6 | | | | |
| | 7 | | | | |
| | 8 | | | | |
| | 9 | | | | |
| | 10 | 4/29/08 | F | 4/29/08 | Arbitrator's Ruling |
| | 11 | | | | |
| | 12 | | | | |
| | 13 | | | | |
| | 14 | | | | |
| | 15 | | | | |
| | 16 | | | | |
| | 17 | | | | |
| | 18 | | | | |
| | 19 | | | | |
| | 20 | | | | |
| | 21 | | | | |
| | 22 | 4/29/08 | F | 4/29/08 | Plfs. response to Defts. Interrog - |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| EUNICE SMITH | vs. | ST OF CT, DEPT OF CORR | CASE NO. 3:03cv386 AWT |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 23 | | | | |
| | 24 | | | | |
| | 25 | | | | |
| | 26 | | | | |
| | 27 | | | | |
| | 28 | | | | |
| | | | | | |
| | 30 | | | | |
| | 31 | | | | |
| | 32 | | | | |
| | 33 | | | | |
| | 34 | | | | |
| | 35A | 4/30/08 | F | 4/30/08 | Incident Report, 12/4/01 |
| | 36 | | | | |
| | 37 | | | | |
| | 38A | 4/30/08 | F | 4/30/08 | Memo Dated: Sept. 24, 2001 To: Kruk |
| | 39 | | | | |
| | 40 | | | | |
| | 41A | 4/30/08 | F | 4/30/08 | Employee Formal Counseling Record 1/2/02 |
| | 42A | 4/30/08 | F | 4/30/08 | Section A- Investigation Index Checklist |
| | 43 | | | | |
| | 44 | | | | |
| | 45 | | | | |
| | 46 | | | | |
| | 47 | | | | |
| | 48 | | | | |
| | 49 | | | | |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| | EUNICE SMITH | | vs. | | ST OF CT, DEPT OF CORR | CASE NO. |
|---|---|---|---|---|---|---|
| | | | | | | 3:03cv386 AWT |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARK ED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 50 | | | | |
| | 51 | 4/29/08 | F | 4/29/08 | Waiver of liability |
| | 52 | | | | |
| | 53 | 4/29/08 | F | 4/29/08 | Letter of apology |
| | 54 | | | | |
| | 55 | | | | |
| | 56 | | | | |
| | 57 | | | | |
| | 58 | | | | |
| | 59 | | | | |
| | 60 | | | | |
| | 61 | | | | |
| | 62 | | | | |
| | 63 | | | | |
| | 64 | | | | |
| | 64A | 4/29/08 | F | 4/29/08 | Pre-Disciplinary hrg - 9/17/2003 |
| | 64b | 4/29/08 | F | 4/29/08 | SD-03-07 Allegations of threats / work place |
| | 64c | 4/30/08 | F | 4/30/08 | report of Matthew Gonsalus (admitted for limited purpose only) |
| | 64D | 4/30/08 | F | 4/30/08 | Incident report, 1/17/03 |
| | 64E | 4/30/08 | F | 4/30/08 | Security Div. routing form 1/17/03 |
| | 65 | | | | |
| | 65A | 4/30/08 | F | 4/30/08 | memo: 4/3/02 - To: Murphy From: Huckabg |
| | 66 | | | | |
| | 67 | | | | |
| | 68 | | | | |
| | 69 | | | | |
| | 70 | | | | |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | EUNICE SMITH | | vs. | ST OF CT, DEPT OF CORR | CASE NO. 3:03cv386 AWT |
|---|---|---|---|---|---|

| PLI. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 70A | 4/30/08 | F | 4/30/08 | memo 3/14/02; To: c/o smith From: Ruffin |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |