TOTAL TIME: ___ hours 15 minutes   DEPUTY CLERK M. Esthers   HONORABLE Thompson   Jury Trial(April 12, 2004)
RPTR/ERO/TAPE C. Thompson

DATE 5/2/2008   START TIME 11:22   END TIME 11:37 am
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Eunice Smith                         CIVIL NO. 3:03CV386 (AWT)        John Williams
                                                                       Plaintiffs Counsel
vs.
                                                ☐ SEE ATTACHED CALENDAR FOR COUNSEL
State of CT. Department                                                Jordan Emons
of Corrections                                                         Defendants Counsel

## CIVIL JURY/COURT TRIAL

☒
☒         Jury of 9 ___ report (see attached) ☐ Jury sworn
☐         ☒ Jury Trial held  ☐ Jury Trial continued until ___ at ___
☒         ☐ Court Trial held  ☐ Court Trial continued until ___ at ___
☐         Court Trial concluded ☐ DECISION RESERVED ☒ SEE reverse for verdict
☐ ...#    Motion ___ ☐ granted ☐ denied ☐ advisement
☐ ...#    Motion ___ ☐ granted ☐ denied ☐ advisement
☐ ...#    Motion ___ ☐ granted ☐ denied ☐ advisement
☐ ...#    Motion ___ ☐ granted ☐ denied ☐ advisement
☐         Oral Motion ___ ☐ granted ☐ denied ☐ advisement
☐         Oral Motion ___ ☐ granted ☐ denied ☐ advisement
☐         Oral motion ___ ☐ granted ☐ denied ☐ advisement
☐         Oral motion ___ ☐ granted ☐ denied ☐ advisement
☐         ___ ☐ filed ☐ docketed
☐         ___ ☐ filed ☐ docketed
☐         ___ ☐ filed ☐ docketed
☐         ___ ☐ filed ☐ docketed
☐         ___ ☐ filed ☐ docketed
☐         ___ ☐ filed ☐ docketed
☐         ___ ☐ filed ☐ docketed
☐         ☐ Plaintiff(s) rests  ☐ Defense rests
☐         Briefs due: ☐ Pltf ___ Deft ___ Reply ___
☐         ☐ Summation held  ☐ Court's Charge to the Jury
☐         All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
☒         Jury commences deliberations at 9:00am
☒         Court orders Jury to be fed at Govt. expense (see attached bill)
☐         SEE ☐ reverse ☐ attached

                    ☒ COPY TO: JURY CLERK (JURY TRIALS ONLY)

## VERDICT

☐ ........ Court declares MISTRIAL

☒ ........ Special Verdict Form filed

☒ ........ VERDICT: In favor for the defendants State of Connecticut Department of Correction. The jury unanimously find as to Liability — NO

☒ ........ Court accepts verdict and orders verdict verified and recorded

☒ ........ Jury polled

## MISCELLANEOUS PROCEEDINGS