87 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

SMITH

V.

STATE OF CT, DEPT OF CORR

**Court Exhibit List**

Case Number: 3:03cv386(AWT)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Alvin W. Thompson | John Morely | Joseph Jordano & Jane Edmons |
| TRIAL DATE(S) 4/23/2008 - 5/2/2008 | COURT REPORTER Corrina Thompson | COURTROOM DEPUTY Joanne Pesta / T. Glynn / M. Cthers |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/28/08 | X | X | 4/24/08 email from District Court to Attorney Williams |
| 2 | | 4/28/08 | X | X | 10/15/04 Plaintiff's response to defendant's interrogatories & request for production |
| 3 | | 4/28/08 | X | X | 10/14/03 Plaintiff's response to dft's (supp) interrogatories & request for production |
| 4 | | 5/1/08 | 5/1/08 | 5/1/08 | Jury charge |
| 5 | | 5/1/08 | F | 5/1/08 | Jury Note |
| 6 | | 5/1/08 | F | 5/1/08 | Stipulation |
| 7 | | 5/1/08 | F | 5/1/08 | Jury Note |
| 8 | | 5/2/08 | F | 5/2/08 | Jury Note |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages