ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT HARTFORD
5/2
Roberta D. Tabora, Clerk
By _____ Deputy Clerk

---------------------------------X
EUNICE SMITH,                    :
                                 :
     Plaintiff,                  :
                                 :
v.                               :   Civil No. 3:03CV386(AWT)
                                 :
STATE OF CONNECTICUT             :
DEPARTMENT OF CORRECTION,        :
                                 :
     Defendant.                  :
---------------------------------X

## SPECIAL VERDICT FORM

WE THE JURY UNANIMOUSLY FIND AS FOLLOWS:

**PART I.   LIABILITY**

Did the plaintiff prove by a preponderance of the evidence that the defendant retaliated against her in violation of Title VII for filing a complaint against the defendant alleging racial discrimination?

    _____ YES  (Proceed to Part II)
    ___✓___ NO   (Proceed to Part IV)


**PART II.  BASIS FOR LIABILITY**

What actions by the defendant has the plaintiff proven constituted retaliation against her in violation of Title VII? (Check all that apply)

        _____ One-day suspension
        _____ Five-day suspension
        _____ Termination of employment

(Proceed to Part III)

**PART III.   DAMAGES**

A. Has the plaintiff proven by a preponderance of the evidence that she sustained injury or damage as a result of the wrongful conduct of the defendant?

    _____  YES (Proceed to Part III.B.)
    _____  NO  (Proceed to Part III.C.)

B. If your answer to Question III.A. is "Yes," what is the total amount of compensatory damages you determine to be fair, just, and reasonable?

    Compensatory Damages        $_____

C. If your answer to Question III.A. is "No" (i.e., you have found a violation of the plaintiff's rights under Title VII but determined that the plaintiff suffered no injury), you must award nominal damages in the amount of one dollar ($1.00). Please enter that amount.

    Nominal Damages             $_____

**PART IV.   CONCLUSION**

You have now completed your deliberations. Please sign and date this form.

Dated at Hartford, Connecticut, this  2nd  day of May 2008 at 10:41  (a.m.)/p.m.

                                                        */s/ Ann Marie Davis*
                                                           FOREPERSON