UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
--------------------------------x
EUNICE SMITH                    :
                                :
    v.                          :      CASE NO. 3:03CV386 (AWT)
                                :
STATE OF CONNECTICUT            :
DEPARTMENT OF CORRECTIONS,      :
REMI ACOSTA, JOHN ARMSTRONG,    :
PATRICIA GONZALEZ,              :
MICHAEL DAVIS, ERIC SOUSA,      :
AND THERESA LANZ                :
--------------------------------x
EUNICE SMITH                    :
                                :
    v.                          :      CASE NO. 3:03CV2222 (AWT)
                                :
STATE OF CONNECTICUT            :
DEPARTMENT OF CORRECTIONS,      :
PATRICIA GONZALEZ,              :
and MICHAEL DAVIS               :
--------------------------------x
```

<u>JUDGMENT</u>

This action came before the court for a trial by jury before the Honorable Alvin W. Thompson, United States District Judge presiding.

On November 23, 2003, the court granted the State of Connecticut Department of Corrections' ("Department of Corrections") motion to dismiss with respect to the plaintiff's claims against the defendant Department of Corrections pursuant to 42 U.S.C. §1981, and for intentional and negligent infliction of emotional distress. In that ruling, the court granted the plaintiff leave to file within 30 days an amended complaint

-2-

setting forth her claims against former Commissioner John Armstrong and Warden Remi Acosta in their individual capacities. On December 1, 2003, the clerk entered judgment in favor of the defendant Department of Corrections. On December 24, 2003, the plaintiff filed her amended complaint, and the case was reopened.

On March 22, 2004, this case was consolidated with <u>Eunice Smith</u> v. <u>State of Connecticut Department of Corrections, et al.</u>, 3:03CV2222 (AWT). Also, the court granted the defendant Department of Corrections' motion for more definite statement in case 3:03CV2222, and gave the plaintiff leave to file her amended complaint in the master case, naming the Department of Corrections, John Armstrong, Theresa Lanz, and Eric Sousa.

On January 10, 2005, the plaintiff filed her amended complaint, wherein the clerk terminated defendants Patricia Gonzalez, Remi Acosta, and Michael Davis, as they were not listed as parties in this action.

After oral argument on the motion for summary judgment, the Department of Correction's motion was granted with respect to counts three, four, five, six and seven; granted in part and denied in part with respect to counts one and two; and in a separate order, the court dismissed the amended complaint against the individual defendants John Armstrong, Eric Sousa, and Theresa Lanz, and those defendants were terminated from this case.

-3-

On April 28, 2008, a jury trial began in this case on the only remaining claims in counts one and two against the Department of Corrections. The issues having been duly tried, and the jury having rendered its verdict in favor of the defendant, it is therefore

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant, State of Connecticut Department of Corrections.

Dated at Hartford, Connecticut, this 13th day of May, 2008.

                         ROBERTA D. TABORA, Clerk
                         United States District Court


                         By     /s/  SLS
                             Sandra Smith
                             Deputy Clerk