UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUNICE SMITH,<br>*Plaintiff* | : CIVIL NO. 3:03CV0386(AWT)<br>:<br>: |
| v. | : |
| DEPARTMENT OF CORRECTION, ET AL.<br>*Defendants* | :<br>: June 17, 2008 |

## BILL OF COSTS

The plaintiff filed an Amended Complaint (Doc. # 56) which terminated Patricia Gonzales, Remi Acosta and Michael Davis as defendants in the instant matter. The defendants' motion for summary judgment was granted in part and denied in part on January 29, 2007 (Doc. # 88). Eric Sousa, John Armstrong and Theresa Lantz were removed as individual defendants by order of the Court on February 6, 2007 (Doc. # 90). The matter came before the Court with the lone defendant at trial the Department of Correction ("DOC"). A four-day trial was held before the Honorable Judge Alvin W. Thompson commencing on April 28, 2008. Verdict for the defendant DOC was entered by the jury on May 2, 2008 (Doc. # 135). Judgment was entered for the defendants and the case ordered closed on May 13, 2008 (Doc. # 136)

Wherefore, the defendants, who are the prevailing party in the above-captioned case, pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54(a) of the Local Rules of Civil Procedure, respectfully requests that

    a.    The court assess costs in this action in the amount of $1,308.40 consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B.

b. The $500.00 surety bond[1] posted by the plaintiff (entry date March 13, 2006, Receipt # 1228) as security for costs in this action pursuant to Rule 83.3 of the Local Rules of the District of Connecticut be ordered forfeited in part to partially satisfy the costs assessed.

c. The Court issue an order forfeiting the $500 bond consistent with the request in sub-paragraph (b) above.

The actual amounts paid have, in applicable situations, been reduced to reflect the maximum allowable transcript rate of $4.55 per page, pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures" as of October 1, 2007. Postage and handling and charges for delivery of transcripts are not recoverable and have been omitted.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:  /s/ *Jane B. Emons*
Jane B. Emons
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail: Jane.Emons@po.state.ct.us
Federal Bar # ct16515

---

[1] Defendants' counsel is aware that she will need to contact the bond company in order to collect the surety bond posted by the plaintiff.

## CERTIFICATION

I hereby certify that on June 17, 2008 a copy of the foregoing Bill of Costs was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jane B. Emons
Jane B. Emons (# ct16515)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-mail: Jane.Emons@po.state.ct.us

EXHIBIT A

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUNICE SMITH,<br>*Plaintiff* | : CIVIL NO. 3:03CV0386(AWT)<br>: |
| v. | : |
| DEPARTMENT OF CORRECTION, ET AL.<br>*Defendants* | :<br>: June 17, 2008 |

## BILL OF COSTS

1. Fees of the Court Reporter[2]
   for deposition of Eunice Smith, dated
   January 14, 2005. Invoice attached ..................................$730.70

2. Copying costs for defendant exhibits for use
   at federal jury trial April 28, 2008 – May 1, 2008
   dated April 24, 2008.
   Invoice attached....................................................................$578.70

                                                                       **TOTAL    $1,308.40**

---

[2] The attached invoice states "Original and Two." Counsel is aware that pursuant to Local Rule 54(c)(2)(ii) the cost of an original and one copy is recoverable. The cost for an original plus one is as noted, $655.70 plus the Attorney General Appearance fee, which is also recoverable. Counsel has no knowledge why the invoice says original plus two. No additional cost was incurred for a second copy. The cost of the multipage condensed was not included.

4

## EXHIBIT B

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

EUNICE SMITH,  : CIVIL NO. 3:03CV0386(AWT)
*Plaintiff* :
 :
v. :
 :
DEPARTMENT OF CORRECTION, ET AL. :
*Defendants* : June 17, 2008

## CERTIFICATION

I, Jane B. Emons, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendants in preparation of trial, preliminary injunction hearing and/or the motion for summary judgment filed in this case.

_____
Jane B. Emons
Assistant Attorney General

Subscribed and sworn to before me by the above affiant on this the 17th day of June, 2008.

_____
Notary Public/Commissioner of the Superior Court

LEONARD AUSTER
NOTARY PUBLIC
MY COMMISSION EXPIRES JAN. 31, 2009

5

# Brandon Smith Reporting Service, LLC | Invoice

44 Capitol Avenue
Suite 203
Hartford, CT  06106
Phone: (860) 549-1850      Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Thursday, January 20, 2005 | 1833ss |

**PRIORITY**

JUE

Jane Emons
Attorney General
55 Elm Street
Hartford, CT 06106

Phone:  (860) 808-5340    Fax:  (860) 808-5591

| | |
|---|---|
| Witness: | Smith, Eunice |
| Case: | SMith vs. State of Conecticut |
| Venue: | |
| Case #: | |
| Date: | 1/14/2005 |
| Start Time: | 9:30 AM |
| End Time: | :0 |
| Reporter: | Annette Brown |
| Claim #: | |
| File #: | 19938ss |

| Description | Quan | Total |
|---|---|---|
| Original and Two | 166 | $655.70 |
| Attorney General - Appearance | 1 | $75.00 |
| Multipage Condensed | 1 | $30.00 |
| Sub Total | | $760.70 |
| Payments | | $0.00 |
| Balance Due | | $760.70 |

*OK to pay DOC* — Jane Emons

Fed. I.D. # 06-1448649
*We accept Visa, Mastercard and American Express!*



5 Hamden Park Drive
Hamden, CT 06517
(203) 287-3006 • Fax (203) 287-3010
www.prestoprint2.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/24/2008 | 46895 |

**BILL TO**
Attorney General's Office
Attn: Accounts Payable
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

**SHIP TO**
Attorney General's Office
Lidna Flaherty
55 Elm Street, 4th Floor
Hartford, CT 06141

| S.O. No. | TERMS | DUE DATE | SHIP DATE | P.O No. |
|---|---|---|---|---|
|  | Net 30 | 5/24/2008 | 4/24/2008 |  |

| DESCRIPTION | QTY | UNIT | RATE | AMOUNT |
|---|---|---|---|---|
| Department of Corrections, 8½x11 20# white with 20# tan seperators | 6 | sets | 96.45 | 578.70 |

**PLEASE NOTE OUR NEW ADDRESS: 5 HAMDEN PARK DRIVE, HAMDEN, CT 06517**

| | |
|---|---|
| Subtotal | $578.70 |
| Sales Tax (0.0%) | $0.00 |
| Payments/Credits | $0.00 |
| Balance Due | $578.70 |